PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
0207 17-CR-664-001

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Richard Luthmann<br>338 Sugar Pine Lane<br>Naples Florida 34108 | Eastern District | New York |

**NAME OF SENTENCING JUDGE**
The Honorable Jack B. Weinstein, United States District Judge
Transferred to The Honorable Raymond J. Dearie, United States District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 8/5/2021 | 8/4/2024 |

**OFFENSE**

**Count 1**:
WIRE FRAUD CONSPIRACY
18 U.S.C. § 1343, 18 U.S.C. § 1349
(Class C Felony)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   New York

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Middle District of Florida   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/2/2022
*Date*

/s/ Raymond J. Dearie
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                   *United States District Judge*