# EXHIBIT G

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Wednesday, February 8, 2023, 3:31 PM
**To:** Richard L <luthmannrichard@gmail.com>
**Subject:** RE: Travel Permission - Chicago, Illinois - March 17 to 23

Good Afternoon,

Upon review of your case I saw that there have been no restitution payments made since June of 2021. From what I see in the Judgement and Commitment, the court did not order any type of instruction regarding consistent payment to be made over the course of your supervision, however I will not be able to approve any type of travel if restitution payments are not being made.

That being said it has been over a year since your last financial disclosure to the probation office. I will be in the Naples area tomorrow afternoon and will stop by with all the documents to complete the disclosure as well as answer any of your possible questions. Please let me know if there is a time tomorrow that works best for your tomorrow as I plan to be out from 12pm to around 6pm.

Thank you,

> **Megan Amadori**
> United States Probation Officer
> 2110 First Street, Suite 4-182
> Fort Myers, Florida 33901
> **Phone** (239) 461-2104
> **Mobile** (941) 899-4038

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Wednesday, February 8, 2023 10:53 AM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Subject:** Re: Travel Permission - Chicago, Illinois - March 17 to 23

**CAUTION - EXTERNAL:**

Further to the earlier email, the address where I would stay is:

5555 N Sheridan Rd, Chicago IL
https://maps.app.goo.gl/JbwYry61wQdKYxEC6

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Tuesday, February 7, 2023, 5:45 PM

**To:** megan_amadori@flmp.uscourts.gov <Megan_Amadori@flmp.uscourts.gov>
**Subject:** Travel Permission  - Chicago, Illinois - March 17 to 23

Officer Amadori,

I am requesting permission to travel to Chicago for a few days in March. I would travel by plane to visit family and friends, who will put me up. I intend on visiting with friends and family, touring local attractiojs, and attending Annie the Musical and the Tina Turner Musical while I am there.

The dates are March 17 (departing) through March 23 (returning).

I have not left the Middle District of Florida since April 2021.

Please let me know what else you need to process this request.

Regards,

Richard Luthmann

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**20.21 KB**1 embedded image
image001.jpg
20.21 KB