# EXHIBIT M

Millennium Physician Group LLC • 400 8TH ST N, NAPLES FL 34102-5519

**LUTHMANN, Richard (id #2863359, dob: 11/08/1979)**



**MILLENNIUM PHYSICIAN GROUP LLC**
400 8TH ST N
NAPLES, FL 34102-5519
Phone: (239) 649-3333, Fax: (239) 649-3386

Date: 05/10/2022

Dear Richard Luthmann,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Neil Maldonado-Catinchi, MD

# Patient Care Summary for Richard Luthmann

## Most Recent Encounter

05/10/2022 Neil Maldonado-Catinchi: 400 8th St N, Naples, FL 34102-5519, Ph. tel:+1-239-6493333

## Reason for Visit

pre-op clearance

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.
1. Pre-surgery evaluation
• electrocardiogram
• CBC w/5 part diff nmc
• CMP, comp met panel (nmc stat)

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders Appointments | | | | Provider |
|---|---|---|---|---|
| Appointments | Lab | | 07/06/2022 9:20AM | Lab Draw |
| | Established Ov 20 | | 07/06/2022 9:40AM | Lauren Bond, APRN |
| | Established Ov 15 | | 07/13/2022 11:15AM | Charles Kilo, MD |
| Lab | CBC W/5 Part Diff Nmc | | 05/10/2022 | Millennium Lab Services |
| | CMP, Comp Met Panel (Nmc Stat) | | 05/10/2022 | Millennium Lab Services |
| Referral | None recorded. | | | |
| Procedures | None recorded. | | | |
| Surgeries | None recorded. | | | |
| Imaging | Electrocardiogram | | 05/10/2022 | In-Office Order |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| BD Ultra-Fine Short Pen Needle 31 gauge x 5/16" .. | | |
| bupropion HCl XL 300 mg 24 hr tablet, extended release TAKE 1 TABLET BY MOUTH EVERY DAY IN THE MORNING | | |
| duloxetine 60 mg capsule,delayed release TAKE 1 CAPSULE BY MOUTH EVERY DAY | | |
| Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector INJECT 1 MG UNDER THE SKIN ONCE WEEKLY | 03/23/2022 | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature | Body Surface Area | Blood Pressure Cuff Size |
|---|---|---|---|---|---|---|---|---|
| 6 ft | 286.8 lbs With clothes | 38.9 kg/m2 | 138/80 mm[Hg] | 58 bpm | 99% Room Air at Rest | 97.3 F° temporal artery | 2.57 | adult |

## Results
### Lab Results

| Date | Name | Specimen | Result | Interpretation | Description | Value | Range | Status | Address |
|---|---|---|---|---|---|---|---|---|---|
| 05/10/2022 | Venipuncture | NOT SPECIFIED | | | Results | | | Final | Millennium Lab Services: 1287 US Hwy 41 Byp, Venice |

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Type 2 Diabetes Mellitus | Active | 09/09/2021 | |
| Hypogonadism | Active | 09/09/2021 | |
| Hyperlipidemia | Active | 09/09/2021 | |
| Obesity | Active | 09/09/2021 | |
| Bipolar Disorder | Active | 09/09/2021 | |
| Anxiety | Active | 09/09/2021 | |
| Depressive Disorder | Active | 09/09/2021 | |
| Essential Hypertension | Active | 09/09/2021 | |
| Seborrheic Dermatitis | Active | 09/09/2021 | |
| Sleep Apnea | Active | 09/09/2021 | |
| Hypothyroidism | Active | 10/04/2021 | |
| Type II Diabetes Mellitus Uncontrolled | Active | 10/04/2021 | |
| Mixed Hyperlipidemia | Active | 10/04/2021 | |
| Generalized Anxiety Disorder | Active | 10/04/2021 | |
| Benign Essential Hypertension | Active | 10/04/2021 | |
| Avascular Necrosis of the Head of Femur | Active | 10/04/2021 | |
| Costal Chondritis | Active | 10/04/2021 | |
| Body Mass Index 40+ - Severely Obese | Active | 10/04/2021 | |
| Vitamin D Deficiency | Active | 12/23/2021 | |
| History of Total Replacement of Right Hip Joint | Active | 12/23/2021 | |
| History of Total Replacement of Left Hip Joint | Active | 12/23/2021 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| | Tonsillectomy | Information not available |
| | Diabetic Eye Exam | Information not available |
| | Joint Replacement, Other | Information not available |
| 05/10/2022 | Electrocardiogram | In-Office Order<br>Internal Use Only DO Not Attach Compendium DO Not Attach Compendium DO Not Delete/Merge 00000 |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

**Vaccine Type**

COVID-19, mRNA, LNP-S, PF, 100 mcg/0.5 mL dose (Moderna)
11/27/2021

influenza, seasonal, injectable
09/30/2021

## Tobacco Smoking Status
Tobacco Smoking Status                                    Never Smoker

## Past Encounters
05/10/2022
Pre-surgery Evaluation
Neil Maldonado-Catinchi, MD: 400 8th St N, Naples, FL 34102-5519, Ph. (239) 649-3333

### Demographics
| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | 11/08/1979 | Race: | White |
| Preferred language: | English | Marital status: | Divorced |

Contact:                338 Sugar Pine Ln, Skip, Naples, FL 34108-2566, Ph. tel:+1-239-6315957

## Care Team Members
Primary Care Provider

Nelson A Maldonado MD            501 Goodlette Road, Naples, FL 34101, Ph. tel:+1-239-4302520

Referring Provider

Dr. Tyrone Medina            400 8th St N, Ste 101, Naples, FL 34102-5519, Ph. tel:+1-239-6493333

Other

Charles Kilo MD            1495 Pine Ridge Rd, Ste 4, Naples, FL 34109, Ph. tel:+1-239-5945456

---

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.