# EXHIBIT P

## Re: Letter / Email of Support For Judge

From: Frank Parlato frankparlato@gmail.com
To: Richard Luthmann
Date: Wednesday, February 8th, 2023 at 8:04 PM

Richard,

You asked for an email detailing some of the issues surrounding your supervised release and how that affects your burgeoning career in investigative journalism. You intend to use my statements to help the US District Court in the Middle District of Florida decide whether to terminate your supervision or alternatively ease your travel and monitoring restrictions.

Let me begin by stating some of my bonafides for the Court's reference. My name is Frank Parlato, and I have been an investigative journalist, publisher, and media consultant for the last 35+ years.

My work has been cited in hundreds of news outlets, like The New York Times, The Daily Mail, VICE News, CBS News, Fox News, New York Post, New York Daily News, Oxygen, Rolling Stone, People Magazine, The Sun, The Times of London, CBS Inside Edition, among many others in all five continents.

My work to expose and take down NXIVM is featured in books like "Captive" by Catherine Oxenberg, "Scarred" by Sarah Edmonson, "The Program" by Toni Natalie, and "NXIVM. La Secta Que Sedujo al Poder en México" by Juan Alberto Vasquez. I have been prominently featured on HBO's docuseries "The Vow" and was the lead investigator and coordinating producer for Investigation Discovery's "The Lost Women of NXIVM." In addition, he was credited in the Starz docuseries 'Seduced' for saving 'slave' women from being branded and escaping the sex-slave cult known as DOS.

I have IMDb and Wikipedia pages (https://en.wikipedia.org/wiki/Frank_Parlato,_Jr.).

I believe it necessary for the Court to address concerns about your activities as an aspiring journalist and the interplay between the terms of Supervision and the First Amendment's free press clause. This is squarely important to your ability to engage in newsgathering and assert the journalist's source privilege for yourself as a journalist, and with respect to any outlet where your work might be published.

The qualified reporter privilege, established by the United States Supreme Court in Branzburg v. Hayes, 408 U.S. 665, 33 L. Ed. 2d 626, 92 S. Ct. 2646 (1972), allows reporters to be free from disclosing information about sources. Courts have recognized this privilege because of society's interest in the First Amendment guarantee of freedom of the press. People will more freely give information to reporters on a promise of confidentiality when they know that such a promise will not be broken. This trust that reporters can establish with informants leads to the free flow of information to the public.

A betrayal of such a confidence between a reporter and his source could undermine the First Amendment's protection of free press. *Id.*

You have been doing a good job establishing your bonafides as a journalist. You have written several articles for The Frank Report (www.frankreport.com) focused on criminal justice, investigative journalism, legal commentary, and prisoner/prison reform issues. You are learning as an unpaid intern for the time being, and your published work to this point has qualified you for membership in the National Writers Union.

If you can clear up the issues with supervision and make it clear that your sources cannot be compelled by the US Probation Office or through a violation hearing, then you will become hirable as an investigative journalist.

Also note, your travel-based restrictions incident to supervised release is keeping me from giving you work. One of the reasons I cannot put you on payroll and that you remain an unpaid intern with the Frank Report is that you cannot travel outside the Middle District of Florida. The USPO has denied your travel requests outside the district, and I would need you, at a minimum, to come to the Southern District of Florida to collaborate with me and others at the Frank Report's base of operations.

Additionally, I have media jobs to do all over the country, in Los Angeles, CA, Nashville, TN, and South Carolina (among other places). I could use your help and give you paid work with me if you could travel.

I hope this email better explains your circumstances. If you or the judge need any further information, please do not hesitate to ask.

Regards,

Frank Parlato