UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.   Case No.: 2:22-cr-21-SPC-NPM

RICHARD LUTHMANN

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE**

On February 9, 2023, defendant Richard Luthmann filed a *pro se* motion to terminate supervised release (Doc. 5) and a memorandum of law in support of his motion (Doc. 6).[1]  On February 13, 2023, this Court ordered a response from the United States by February 27, 2023 (Doc. 7), but the undersigned attorney was not made aware of this matter until February 27, 2023.  As such, the undersigned would respectfully request an extension of 14 days—until March 13, 2023—to review the defendant's filings (which are lengthy), speak to his assigned probation officer, and respond to his motion.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  */s/ Simon R. Eth*
SIMON R. ETH
Assistant United States Attorney

---

[1] Mr. Luthmann was originally prosecuted in the Eastern District of New York, but his supervised release was transferred to the Middle District of Florida last year pursuant to 18 U.S.C. § 3605. (Doc. 1).

                              Florida Bar No. 0091415
                              2110 First Street, Suite 3-137
                              Ft. Myers, Florida 33901
                              Telephone:   (239) 461-2200
                              E-mail: simon.eth@usdoj.gov

United States v. Richard Luthmann            Case No.: 2:22-cr-21-SPC-NPM

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, a true and correct copy of the foregoing docyment and the notice of electronic filing were sent by U.S. Mail to the following non-CM/ECF participant:

**Richard Luthman**
338 Sugar Pine Lane
Naples, FL 34108

                                         */s/ Simon R. Eth*
                                         SIMON R. ETH
                                         Assistant United States Attorney
                                         Florida Bar No. 0091415
                                         2110 First Street, Suite 3-137
                                         Ft. Myers, Florida 33901
                                         Telephone: (239) 461-2200
                                         E-mail: simon.eth@usdoj.gov