

Richard A. Luthmann
338 Sugar Pine Lane
Naples, FL 34108
Tel: (239) 631-5957
richard.luthmann@gmail.com

<u>Via Hand</u>

March 2, 2023

Hon. Sheri Polster Chappell, U.S.D.J.
U.S. District Court
Middle District of Florida
U.S. Courthouse and Federal Building
2110 First Street
Fort Myers, Florida 33901

Magistrate Judge Nicholas P. Mizell
U.S. District Court
Middle District of Florida
U.S. Courthouse and Federal Building
2110 First Street
Fort Myers, Florida 33901

        RE:   USA v. Luthmann, 2:22-cr-00021-SPC-NPM-1
              Letter Motion
              Request for Ruling on Prospective Travel to Chicago, Il, and
              to the Southern District of Florida

Your Honors:

    I am the Defendant in the above-referenced matter.

    I request the Court advance the issues regarding permission to travel to the original return date, March 7, 2023, or as soon thereafter as the Court may hear this case. <u>Time is of the essence</u>.

    As discussed further below, I would like to know whether I can travel to Chicago to practice journalism, take meetings, and take in the culture, or whether I should tell those who have made arrangements and who paid for tickets and other incidentals that I am not permitted to visit with them. The scheduled flight departs on March 17, 2023.

    I also would like to know whether I can travel to the Southern District of Florida to work with Frank Parlato, an established investigative journalist.

On February 9, 2023, I filed a *pro se* motion to terminate supervised release and for other relief. Part of the other relief was asking the Court for an Order specifically allowing me to travel to Chicago, Illinois, from March 17 to 23, 2023, and travel to the Southern District of Florida as needed. I hand-delivered a courtesy copy of the motion papers to the Office of the U.S. Attorney for the Middle District of Florida. The original return date was March 7, 2023, providing ample time for the Government to respond prior to the date of the proposed travel to Chicago.

On February 13, 2023, the Court issued an Order directing the Government to respond to my motion. The Court's Order was posted on the PACER/CM ECF system for the world to see. Presumably, the Government also received an email notification of the same.

On February 27, 2023, the date the Court had previously Ordered for the Government's Response/Opposition, the Government filed for an extension of time to respond saying, "the undersigned attorney was not made aware of this matter until February 27, 2023."

Prior to the Government filing its motion for an extension of time, I was not contacted about the proposed extension, which I would have consented to with the caveat that the issues addressed herein were addressed by agreement. The necessity of the letter motion may have been obviated if the Government had picked up the phone.

The February 27, 2023, Docket Entry (CM ECF #8) further states, "Motions referred to Magistrate Judge Nicholas P. Mizell." I have addressed the instant motion to both the District Court and the Magistrate for this reason.

On February 28, 2023, the Court granted the Government's motion for an extension of time to March 13, 2023.

I am attempting a good-faith resolution with the U.S. Probation Office for permission to travel to Chicago, Illinois, and to the Southern District of Florida. I have been corresponding with U.S.P.O. Officer Megan Amadori, who has been copied on this letter. See the attached EXHIBIT "A." Though Officer Amadori has been a pleasure to work with, she is constrained by "the book" adhered to by U.S.P.O.[1]

I am trying to get work. I am trying to make money so that I can make restitution payments. At this point, my only income is $281 per month from food stamps. If I can travel, I will be able to find valuable work.

---

[1] The system is designed to make it difficult for released inmates under supervision. I might be the idiot for trying to work because given my disabilities, it is simply easier to pursue Federal Disability. This phenomenon may very well be fodder for a series of articles on the criminal justice system, in line with what has already been published about my experiences.

I have been serving as an intern for Frank Parlato, an investigative journalist and newspaper man for the past 40 years. Mr. Parlato publishes several media outlets, and my work has been published on the Frank Report (www.frankreport.com). Mr. Parlato is famous for exposing government corruption ($300 million pay-to-pay deal between Delaware North and New York State for the Maid of the Mist contract in Niagara Falls, New York), and cults (NXIVM). Mr. Parlato was instrumental in the U.S. Government's investigation and prosecution of NXIVM's Keith Raniere, (a cult leader who was branding female sex slaves on their genitalia and compelling forced labor through "collateral" and blackmail) and Raniere's location and arrest in Mexico.

I have a union card with the National Writers Union, which I was able to gain because of published work that I have done while an intern for Mr. Parlato. However, I am not valuable as an investigative journalist unless and until I can travel to and work with Mr. Parlato, and I can be assured I can offer sources the journalist's privilege. The instant motion addresses these issues.

The proposed travel to the Southern District of Florida allows me to work face-to-face and hands-on with Mr. Parlato at his location in Big Pine Key, Florida.

The proposed travel to Chicago, Illinois, also furthers my work with Mr. Parlato and my burgeoning career in journalism. Because of my altar service and membership in the Knights of Columbus, I have an interest in comparative religion. I have a tentative interview scheduled with Swami Ishatmananda at the Vivekananda Vedanta Society of Chicago, 3801 N Keeler Ave, Chicago, IL. Historically, Chicago has been a center of Indian-American life and particularly monasticism. The Vivekananda Vedanta Society is one of the oldest and longest-established orders in this country. My interview and tour will further my newsgathering for a series on comparative monasticism in the U.S.

Mr. Parlato also has arranged for me to meet with the Indian Tribune of Chicago, 3302 West Peterson Avenue, Chicago, IL 60659. The Indian Tribune of Chicago is the chief U.S. outlet for the Indian Tribune.

The travel to Chicago also serves an important social purpose. It will allow me to reconnect with society and individuals in a way I have not been able to do in many years. While I was incarcerated, Covid-19 caused all visits to be canceled. I lost contact with many people. I also lost contact with the arts and culture. I am trying to reconnect, and Chicago is a great American city for arts and culture.

The U.S. Probation Office has asked for a proposed itinerary for Chicago. Here it is:

Friday, March 17, 2023

- Depart RSW Airport, American Airlines Flight 2993, to Chicago- O'Hare, 6:20 p.m.
- Arrive in Chicago, Illinois

- Proceed to lodging - apartment of J.M., 5555 N. Sheridan Road, Chicago, IL 60640; J.M. is out of town and is allowing me to use the apartment while I am in Chicago.

Saturday, March 18, 2023

- Visit with family/friends (names withheld for privacy, will produce if the Court so requires)
- Sightseeing, Museums in the Edgewater area

Sunday, March 19, 2023

- 10:30 a.m. - Roman Catholic Mass, St. Gertrude Church, 1420 West Granville Avenue, Chicago, IL 60660[2]
- 2:00 p.m. - Matinee Performance of Annie, Cadillac Palace Theater, 151 West Randolph Street, Chicago, Il (Loop area)

Monday, March 20, 2023

- Vivekananda Vedanta Society of Chicago, 3801 N Keeler Ave, Chicago, IL; Interview with Swami Ishatmananda, https://chicagovedanta.org/
- Additional meetings TBD

Tuesday, March 21, 2023

- Meeting with Indian Tribune of Chicago, 3302 West Peterson Avenue, Chicago, IL 60659
- Additional meetings TBD

---

[2] I am concerned about openly stating my religious beliefs in Government papers. But as stated in my moving papers, the Government's position appears to be that post-conviction, my status affords me the same rights as a pre-Civil War Slave in the American South, as the Thirteenth Amendment holds intact the last vestiges of American slavery. My research indicates that slaves did not have any protected religious rights at the time of the enactment of the Thirteenth Amendment. My belief is that the Fourteenth Amendment offers me redress in this situation, but the situation is altogether concerning. While the DOJ claims it protects all religions and all ideologies, Attorney General Merrick Garland was recently questioned by Sen. Josh Hawley (R-Mo.) about "anti-Catholic bias" at a Senate oversight hearing on March 1, 2023. General Garland denied bias against any religion of any kind. Senator Hawley responded, "Your answer frankly surprises me."

<u>Wednesday, March 22, 2023</u>
- Morning - Sightseeing, Museums in Downtown Chicago
- 2:00 p.m. - Matinee Performance of Tina Turner Musical, James M. Nederlander Theatre, 24 West Randolph Street, Chicago, Il (Loop area)

<u>Thursday, March 23, 2023</u>
- Depart Chicago-O'Hare and return to RSW, American Airline Flight 2561, 9:55 a.m.

I have prospective work with attorneys lined up, so long as it can be assured that the attorney-client privilege and the attorney work product privilege remain intact and cover my work. I hate to keep returning to the slavery analogy, but that is how the US Constitution is written. Under the Thirteenth Amendment, I remain analogous to a pre-Civil War Southern Slave. My "Master" is the United States Government. So the Government has all rights to everything I do. There is no warrant requirement, and my work for lawyers and law firms can be invaded at any time.

I am sure the Court understands and appreciates that no lawyers would hire me or give me any work unless the conditions of my probation - which specifically allow me to work for lawyers - are clarified by the Court for the US. Government and the Probation Department. If I am to remain on Probation, the restrictions must be narrowly tailored.

U.S. Probation already knows about Attorney Lawrence Almagno. He is apparently reticent to engage with US Probation. I may not be able to do work for him until there is a specific ruling by the Court, or I am no longer subject to supervision.

Additionally, I recently spoke with high-profile New York City Attorney Arthur Aidala. Mr. Aidala's client list includes Rudolph Giuliani, Harvey Weinstein, Roger Ailes, Alan Dershowitz, and NFL Legend Lawrence Taylor. Mr. Aidala is willing to give me work. It remains to be seen how the U.S.P.O.'s "book" will kill that deal.

I am concerned that the Court will not address the issues related to travel to Chicago and to the Southern District of Florida to work with Mr. Parlato by March 7, 2023. <u>Time is of the essence with these issues</u>.

I request the Court advance these issues to the original return date, March 7, 2023, or as soon thereafter as the Court may hear this case. <u>Time is of the essence</u>, and I would like to know whether I can travel to Chicago, or whether I should tell those who have made arrangements and paid for tickets and other incidentals that I am not permitted to visit with them. The scheduled flight departs on March 17, 2023.

I also ask that the Government be directed to send a courtesy copy of any response on these issues via email to richard.luthmann@gmail.com on or before March 5, 2023, so I may formulate a brief reply on these travel-related issues if necessary.

If the Court has any questions or concerns, please do not hesitate to contact me. Thank you for your consideration.

Regards,

Richard A. Luthmann

CC: File
US Attorney for the MDFL (By Hand - Ft. Myers Office)
USPO MDFL (By Hand - Ft. Myers Office)
Frank Parlato
Lawrence P. Almagno, Jr., Esq.
Arthur Aidala, Esq.