# EXHIBIT "A"

From: Richard L <luthmannrichard@gmail.com>
Sent: Wednesday, March 1, 2023, 3:31 PM
To: Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
Cc: Frank Parlato <frankparlato@gmail.com>; Lawrence Almagno <la@almagno-law.com>
Subject: Re: Follow up from field visit

Officer Amadori,

Mr. Parlato's case is available on Pacer. It is in the Western District of New York. He has yet to be sentenced.

Here is his Wikipedia page:

https://en.m.wikipedia.org/wiki/Frank_Parlato_Jr.

One of the issues in the filed motion before the Court is the interplay between the First Amendment, the press clause, my right to practice journalism, and the US Probation Rules and Regulations. I expect Judge Polster Chappell to rule on this issue before Mr. Parlato is sentenced.

Mr. Parlato is copied hereto. His phone number is 305-783-7083.

Is it US Probation's position I cannot work with Mr. Parlato at his headquarters in Big Pine Key, Florida? I would like clarification going into Tuesday's hearing. The US Attorney did not respond in the time allotted by Court Order. I have no idea what the Government or US Probation's position is on these issues.

I will prepare the proposed Chicago itinerary. Permission was specifically requested for the trip in the motion to the Court. I do not know what the Government's position is on that or any other issue.

As always, let me know if there are any questions or concerns.

Regards,

Richard Luthmann

---

From: Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
Sent: Tuesday, February 28, 2023, 12:30 PM
To: Richard L <luthmannrichard@gmail.com>
Subject: RE: Follow up from field visit

Good Afternoon,

Please refer back to my pervious email requesting the current status of Mr. Parlato's case. From what I remember in our previous conversation, Mr. Parlato was being charged with a Federal offense. If he is convicted and results in him being convicted as a felon, it is your responsibility to notify me of this and I will need to provide you with permission to have contact with him.

In regards to the request for travel to Chicago please provide me a brief itinerary of the trip as well as the names of the friends that you will be staying with. Once I have that I can review your request.

Thank you,

>Megan Amadori
>United States Probation Officer
>2110 First Street, Suite 4-182
>Fort Myers, Florida 33901
>**Phone** (239) 461-2104
>**Mobile** (941) 899-4038

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Monday, February 27, 2023 11:52 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Cc:** Lawrence Almagno <la@almagno-law.com>; Frank Parlato <frankparlato@gmail.com>
**Subject:** Re: Follow up from field visit

**CAUTION - EXTERNAL:**

Officer Amadori,

Thank you for trying Mr. Almagno. I alerted him you are trying to reach him and he is copied hereto.

I have also copied Mr. Parlato. I want to request permission to go down and stay with him for a few days so we can work together side by side. He operates out of Big Pine Key, Florida.

Mr. Parlato says that once I can travel to him and collaborate AND I can be assured my journalistic sources are protected, he can change my internship over from unpaid to paid, and then hopefully to part time work.

Mr. Parlato also has individuals he would like me to see in the Indian community in Chicago. I would like to renew that request for travel from March 17 to the 23rd. Let me know what information you will need. I will be doing interviews, newsgathering, and collecting information to write several articles for Mr. Parlato's media properties. I intend to stay with friends at 5555 N Sheridan Rd, Chicago, IL
https://maps.app.goo.gl/vhXWRBbJfvddUoKM9

If you would like to speak to Mr. Parlato, his phone number is 305-783-7083.

Let me know what information you will need to approve this.

I am still pursuing my federal disability claim because of my limitations and in case legal restrictions create further limiting impossibility of employment.

Regards,

Richard Luthmann

---

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Wednesday, February 22, 2023 1:30:21 PM
**To:** Richard L <luthmannrichard@gmail.com>
**Subject:** RE: Follow up from field visit

Good Afternoon,

I have reached out to Mr. Almagno twice now via email regarding the parameters of your work for his office and have not yet received a response. As we have previously discussed, I must investigate if there are any 3rd party risks regarding any future employment as it applies to your instant offense. Until I receive a response from Mr. Almagno I cannot approve this employment.

In relation to you unpaid internship with Mr. Frank Parlato, as we discussed previously, writing on his website does not appear to have any 3rd party risk associated with it. As with any travel you will need to make a request to me a week prior via email with your departure date and return date. You will also need to provide me with the address of where you are planning on staying during your visit. Once I review I will notify you by email regarding my response to your request. From what I remember in our previous conversation, Mr. Parlato was being charged with a Federal offense. If he is convicted and results in him being convicted as a felon, it is your responsibility to notify me of this and I will need to provide you with permission to have contact with him. That would result in me speaking with Mr. Parlato regarding your function within the company and your responsibilities.

As it goes with your request to go to Miami and "knock on doors" as it relates to finding employment, again you will need to provide me a written request via email a week before you would wish to go. Again I would need to know where you are requesting to go and who you are planning to see during your visit. Permission to travel outside the district will not be approved without such information.

Please let me know if you have any further questions or need any further clarification of what is needed,

Thank you,

> **Megan Amadori**
> United States Probation Officer
> 2110 First Street, Suite 4-182
> Fort Myers, Florida 33901
> **Phone** (239) 461-2104
> **Mobile** (941) 899-4038

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Wednesday, February 22, 2023 1:07 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>

Cc: Lawrence Almagno <la@almagno-law.com>; Frank Parlato <frankparlato@gmail.com>
Subject: Re: Follow up from field visit

**CAUTION - EXTERNAL:**

Officer Amadori,

I am trying to get myself on track, as you know, despite my limitations.

Judge Weinstein's EDNY Judgment says I can work for attorneys.

The attorney is Lawrence Almagno in Rhode Island. He wants to hire me, but he has concerns inherent to the practice of law, as outlined in the pending motion before the Court.

He is trying to get clearance from the state authorities as well. Because of Federalism and Tenth Amendment issues, the states also have the power to regulate attorney conduct and how legal services are rendered. I'm sure the Government and the Probation Office have a position on this.

Mr. Almagno is copied hereto. His number is 401-255-8201.

I also have joined organized labor by being accepted into the National Writers Union. I am establishing myself as a journalist and a writer.

Frank Parlato has been a journalist and publisher for 40 years. Presently, I am an unpaid intern for him. He is showing me the ropes of the trade so I can be of value one day. Mr. Parlato operates out of Big Pine Key in Florida. Mr. Parlato has told me that if I can travel regularly to Big Pine Key, he can put me on part time payroll. He has lodging for me.

I'm sure the Government and the Probation Office also have a position on the First Amendment and the journalist's privilege, as discussed in the pending court motion.

Mr. Parlato's number is 305-783-7083. He is copied hereto. He has no problem talking to you about the proposed setup if I can get permission to work.

I am also actively working towards Federal Disability if I can't get work, or am limited to part time work. My hearing was scheduled for February 14, but it was adjourned because I was exposed to Covid-19.

I used to live in Miami and have a substantial contact network there I haven't been able for work because I can't travel there. If I can knock on doors there, I believe I could pick something appropriate up given my limitations.

Let me know what other information you need.

Regards,

Richard Luthmann

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Thursday, February 16, 2023 10:03:53 AM
**To:** Richard L <luthmannrichard@gmail.com>
**Subject:** RE: Follow up from field visit

Good Morning,

From the conversation it was my understanding that you had an attorney in the Southern District of FL as well as in RI, however I only see one attorney given below. Does this attorney have two office locations that you are asking to work in both locations? Or are they two separate attorneys?

Thank you,

> **Megan Amadori**
> United States Probation Officer
> 2110 First Street, Suite 4-182
> Fort Myers, Florida 33901
> **Phone** (239) 461-2104
> **Mobile** (941) 899-4038

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Friday, February 10, 2023 1:13 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>; Richard Luthmann <richard.luthmann@gmail.com>
**Cc:** Lawrence Almagno <la@almagno-law.com>; Lawrence Almagno <la@almagno-law.com>; frankparlato@gmail.com
**Subject:** Re: Follow up from field visit

**CAUTION - EXTERNAL:**

The attorney is Lawrence Almagno - la@almagno-law.com

The Investigative Journalist is Frank Parlato - frankparlato@gmail.com

Both are copied hereto.

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Friday, February 10, 2023 11:22:39 AM
**To:** Richard Luthmann <richard.luthmann@gmail.com>; luthmannrichard@gmail.com <luthmannrichard@gmail.com>
**Subject:** Follow up from field visit

Good Afternoon,

I just wanted to send a follow up email from our conversation yesterday. If you could please provide me the email addresses of both attorneys that you are asking to work with so I can prepare and send them an email to determine if the position will be acceptable to probation. Once I receive both, I will reach out sometime next week.

Thank you,

**Megan Amadori**
United States Probation Officer
2110 First Street, Suite 4-182
Fort Myers, Florida 33901
**Phone** (239) 461-2104
**Mobile** (941) 899-4038