# EXHIBIT "A"

## Emergency Order to Show Cause with Temporary and Preliminary Restraints - To Be Presented at 3:30 pm today at the MDFL Clerk's Office, Ft. Myers.

| | |
|---|---|
| From | luthmannrichard@gmail.com <luthmannrichard@gmail.com> |
| To | Simon.Eth@usdoj.gov, megan_amadori@flmp.uscourts.gov<Megan_Amadori@flmp.uscourts.gov> |
| CC | Frank Parlato<frankparlato@gmail.com>, tucker@tuckercarlson.com, lou@loudobbs.com, Lawrence Almagno<la@almagno-law.com>, 'Arthur Aidala'<arthur@aidalalaw.com> |
| Date | Thursday, March 9th, 2023 at 12:44 PM |

Mr. Eth and Officer Amadori,

An Emergency Order to Show Cause with Temporary and Preliminary Restraints will be presented at 3:30 pm today at the MDFL Clerk's Office, Ft. Myers, based upon the attached and the filings in this case.

Application papers to follow.

Regards,

Richard Luthmann

---

**From:** Richard Luthmann <richard.luthmann@protonmail.com>
**Sent:** Thursday, March 9, 2023, 12:36 PM
**To:** luthmannrichard@gmail.com <luthmannrichard@gmail.com>
**Subject:** Amadori Emails

Regards,

Richard Luthmann

Sent with Proton Mail secure email.

---

**3.65 MB**   1 file attached

3-8-2022 Email.pdf 3.65 MB