# EXHIBIT "B"

# Re: Request to travel to Chicago, IL March 17-23

From    luthmannrichard@gmail.com <luthmannrichard@gmail.com>

To      Megan Amadori<Megan_Amadori@flmp.uscourts.gov>

CC      'Arthur Aidala'<arthur@aidalalaw.com>, Lawrence Almagno<la@almagno-law.com>,
        Stephanie A. Jones Esq, LL.M, MPH<sthea1914@gmail.com>, Frank Parlato<frankparlato@gmail.com>,
        nwu@nwu.org

Date    Wednesday, March 8th, 2023 at 10:37 AM

Officer Amadori,

I am looking for a second chance in life. All I am facing is legal obstacles to get work.

I am an unpaid intern learning journalism. I joined the National Writers Union. I am trying.

I have good and legitimate journalism work offered by 40 plus year investigative journalist Frank Parlato, and the only legal impediment is the US Probation Office. These impediments violate the press clause of the First Amendment to the US Constitution and applicable law. I have a right to work and work as a journalist.

Can you please reconsider the decision given this information and tell me what other information you need?

The apartment belongs to Joni Moscrop.

I really want and need this job. Why can't I work?

I provided details to the Court. What additional details do you need so US Probation's decision can be reviewed by the Court, and a pretextual denial can be overruled if there is adequacy?

I am having business meetings with Indian journalists and I am meeting with a well-respected Swami on an article about comparative monastacism as stated below.

This trip has business purpose. It is not a leisure trip. This trip would be deductible under the US tax code. And this trip passes business muster under US Probation rules.

Is the problem that I want to see shows or museums while in Chicago? Museums don't charge the indigent and the show tickets are paid for. There are plenty of not for profits that also provide theater tickets for indigent people to see theater. Exposure to culture is a valid penological pursuit.

The instant you can approve my travel to Chicago and to the SDFL, I can get on payroll and sign a payment agreement. I can't do that unless I know I can get on payroll and what I will get paid.

Is the US Probation Office's position that I cannot travel for business?

Can I get a copy of the US Probation Office's written policy?

Is the US Probation Office's position contrary to 18 USC sec. 3553(a)(7)? If I can travel, I have work and I will get paid from the travel, what is the US Probation Office's problem with me earning money to make restitution payments?

Is the US Probation Office's position that I can only sit around, apply for, and collect federal disability where I have potential work that I am physically, mentally, and emotionally  capable of doing, but US Probation says I am not legally able?

Will I have to be a legally disabled lie about until August 4, 2024?

Am I being retaliated against because I filed for clarification with the Court and petitioned for relief within my rights?

I need to know all these things so I have the story straight for the press (copied), of which I am a member of the National Writers Union unallowed to practice journalism.

I need to hear from you by tomorrow morning, as I will be filing an emergency application with the District Court tomorrow afternoon if I do not. I would like an opportunity to be heard and the merits of my application properly evaluated.

Again, I have nothing personal against you. I know you have superiors and a book you have to go by.

Regards,


Richard Luthmann
_____

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Wednesday, March 8, 2023, 9:43 AM
**To:** Richard L <luthmannrichard@gmail.com>
**Subject:** RE: Request to travel to Chicago, IL March 17-23

Good Morning,

As previously told to you by probation regarding your request to travel to Chicago, leisure trips will not be permitted if restitution is owed and no payments have been made. In addition to this, you have not provided me with a detailed itinerary of where and who you will be visiting during your trip. In your letter to the court you do not disclosure this either.

Due to this, your request will not be approved.

Thank you,

3/9/23, 12:33 PM                                    (25) Inbox | richard.luthmann@protonmail.com | Proton Mail


**Megan Amadori**
United States Probation Officer
2110 First Street, Suite 4-182
Fort Myers, Florida 33901
**Phone** (239) 461-2104
**Mobile** (941) 899-4038

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Tuesday, March 7, 2023 11:32 AM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Cc:** Frank Parlato <frankparlato@gmail.com>; Arthur Aidala <arthur@aidalalaw.com>; Lawrence Almagno <la@almagno-law.com>
**Subject:** Request to travel to Chicago, IL March 17-23

**CAUTION - EXTERNAL:**

Officer Amadori,

I renew my request to travel to Chicago IL March 17 to 23. Today is ten days out.

My business itinerary and schedule is attached.

I have my interview with Swami Ishatmananda tentatively scheduled for 12:30pm on Monday, March 20, pending approval.

Many people have spent money for tickets and other incidentals on the hope I will be permitted to travel.

Please let me know if I can receive approval, and either way please send me a written copy of the MDFL Probation Office's Official Rules and Policy regarding travel for my reference.

Thank you in advance for your time.

Regards,

Richard Luthmann

3/9/23, 12:33 PM                               (25) Inbox | richard.luthmann@protonmail.com | Proton Mail

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Thursday, March 2, 2023, 5:57 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Cc:** Frank Parlato <frankparlato@gmail.com>; Arthur Aidala <arthur@aidalalaw.com>; Lawrence Almagno <la@almagno-law.com>
**Subject:** Re: Follow up from field visit

All parties are copied hereto.

---

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Thursday, March 2, 2023, 5:55 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Subject:** Re: Follow up from field visit

Officer Amadori,

Please see the attached that was filed with the Court today.

To clarify, the travel to Mr. Parlato is WORK TRAVEL. I am his unpaid intern right now.

Mr. Parlato wants to HIRE me. If he hires me I can begin to pay restitution immediately. I need to be able to travel to be hired. US Probation states that I cannot travel because I can't pay.

Do you understand my perception of the circular nature of the argument? If I have a job offer where I need to be able to travel to make money, and I am not allowed to travel because I can't make money to pay restitution, what do I do?

US Probation does not have an answer. US Probation has policy, but I do not believe the policy is applicable. That is why I am going to the Court.

I am formally asking US Probation to reconsider the decision. You stated in your previous email that you view travel to Mr. Parlato as "leisure travel." His intention is to put me on payroll. I would not make the trips otherwise. This is work travel.

Also, do you have a written copy of the US Probation policy so I can submit it to the Court to help in it's determination?

My Federal Disability hearing is rescheduled for May. Should I just sit on my hands until then, and thereafter?

I am trying to work.

Also, as a matter of law, Mr. Parlato is not a convicted felon as a matter of law until the imposition of judgment by the Court. That has not occurred yet.

Does US Probation have the capacity to make a common sense ruling to help me make restitution to the victims in my case?

Again, if we can resolve these issues and I can go work, I would not have to go to the Court with them. Can we resolve any issues short of Court intervention?

Again, Mr. Parlato, Mr. Almagno, and Mr. Aidala are all copied hereto. They can provide and confirm additional facts, including their willingness to hire me so long as the traditional order of the practice of law and the practice of journalism are not upended by USPO "policy."

On a personal note, I appreciate your continued hard work on my case. In the attached letter, I mentioned to the Judge it was a pleasure dealing with you.

Please let me know:

1) if USPO has official, written policy and if so, please provide me with a copy of the same or ask the US Attorney to file a copy with the Court to aid it's resolution of the outstanding issues,

2) if USPO can reconsider it's denial of allowing me to travel for work with Mr. Parlato so I can get hired, make money, pay restitution, and repay the victims.

3) if the Chicago itinerary and description filed with the Court is sufficient to approve my trip.

Regards,

Richard Luthmann

---

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Thursday, March 2, 2023, 10:04 AM
**To:** Richard L <luthmannrichard@gmail.com>
**Subject:** RE: Follow up from field visit

Good Afternoon,

As far as granting you permission to travel to Big Pine Key, and elsewhere, you have not made any payment to the restitution payment and probation's position is leisure travel cannot be granted if restitution payments have not been made. This was the reasoning to why probation did not approve the request to travel to Chicago the first time you requested it. In addition to this, if Mr. Parlato is a convicted felon, it is your responsibility to notify me of such as to get permission from probation to have contact with him.

I do see that the government requested an extension of time due to be newly assigned to your case.

As it has been the conversation before, it appears you are wishing for the Court to address the questions regarding travel and employment so if that is what you prefer and are reverting back to during our conversations, then I think it is best that you have this clarification from the Court. As I have told you in the past, probation's policy is that you need to be detailed in your requests regarding travel out of district or out of the state. At this time blanket

permission will not be provided for travel by probation due to the fact that no restitution has been paid and details of destination and names of those you will be seeing have not yet been provided.

Please let me know if any further clarification is needed regarding what probation requires for travel.

Thank you,



**Megan Amadori**
United States Probation Officer
2110 First Street, Suite 4-182
Fort Myers, Florida 33901
**Phone** (239) 461-2104
**Mobile** (941) 899-4038

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Wednesday, March 1, 2023 3:31 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Cc:** Frank Parlato <frankparlato@gmail.com>; Lawrence Almagno <la@almagno-law.com>
**Subject:** Re: Follow up from field visit

==**CAUTION - EXTERNAL:**==

Officer Amadori,

Mr. Parlato's case is available on Pacer. It is in the Western District of New York. He has yet to be sentenced.

Here is his Wikipedia page:

https://en.m.wikipedia.org/wiki/Frank_Parlato_Jr.

One of the issues in the filed motion before the Court is the interplay between the First Amendment, the press clause, my right to practice journalism, and the US Probation Rules and Regulations. I expect Judge Polster Chappell to rule on this issue before Mr. Parlato is sentenced.

Mr. Parlato is copied hereto. His phone number is 305-783-7083.

Is it US Probation's position I cannot work with Mr. Parlato at his headquarters in Big Pine Key, Florida? I would like clarification going into Tuesday's hearing. The US Attorney did not respond in the time

allotted by Court Order. I have no idea what the Government or US Probation's position is on these issues.

I will prepare the proposed Chicago itinerary. Permission was specifically requested for the trip in the motion to the Court. I do not know what the Government's position is on that or any other issue.

As always, let me know if there are any questions or concerns.

Regards,

Richard Luthmann

---

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Tuesday, February 28, 2023, 12:30 PM
**To:** Richard L <luthmannrichard@gmail.com>
**Subject:** RE: Follow up from field visit

Good Afternoon,

Please refer back to my pervious email requesting the current status of Mr. Parlato's case. From what I remember in our previous conversation, Mr. Parlato was being charged with a Federal offense. If he is convicted and results in him being convicted as a felon, it is your responsibility to notify me of this and I will need to provide you with permission to have contact with him.

In regards to the request for travel to Chicago please provide me a brief itinerary of the trip as well as the names of the friends that you will be staying with. Once I have that I can review your request.

Thank you,



**Megan Amadori**
United States Probation Officer
2110 First Street, Suite 4-182
Fort Myers, Florida 33901
**Phone** (239) 461-2104
**Mobile** (941) 899-4038

3/9/23, 12:33 PM                                    (25) Inbox | richard.luthmann@protonmail.com | Proton Mail

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Monday, February 27, 2023 11:52 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Cc:** Lawrence Almagno <la@almagno-law.com>; Frank Parlato <frankparlato@gmail.com>
**Subject:** Re: Follow up from field visit

CAUTION - EXTERNAL:

Officer Amadori,

Thank you for trying Mr. Almagno. I alerted him you are trying to reach him and he is copied hereto.

I have also copied Mr. Parlato. I want to request permission to go down and stay with him for a few days so we can work together side by side. He operates out of Big Pine Key, Florida.

Mr. Parlato says that once I can travel to him and collaborate AND I can be assured my journalistic sources are protected, he can change my internship over from unpaid to paid, and then hopefully to part time work.

Mr. Parlato also has individuals he would like me to see in the Indian community in Chicago. I would like to renew that request for travel from March 17 to the 23rd. Let me know what information you will need. I will be doing interviews, newsgathering, and collecting information to write several articles for Mr. Parlato's media properties. I intend to stay with friends at 5555 N Sheridan Rd, Chicago, IL
https://maps.app.goo.gl/vhXWRBbJfvddUoKM9

If you would like to speak to Mr. Parlato, his phone number is 305-783-7083.

Let me know what information you will need to approve this.

I am still pursuing my federal disability claim because of my limitations and in case legal restrictions create further limiting impossibility of employment.

Regards,

Richard Luthmann

---

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Wednesday, February 22, 2023 1:30:21 PM
**To:** Richard L <luthmannrichard@gmail.com>
**Subject:** RE: Follow up from field visit

Good Afternoon,

I have reached out to Mr. Almagno twice now via email regarding the parameters of your work for his office and have not yet received a response. As we have previously discussed, I must investigate if there are any 3rd party risks

3/9/23, 12:33 PM                            (25) Inbox | richard.luthmann@protonmail.com | Proton Mail

regarding any future employment as it applies to your instant offense. Until I receive a response from Mr. Almagno I cannot approve this employment.

In relation to you unpaid internship with Mr. Frank Parlato, as we discussed previously, writing on his website does not appear to have any 3rd party risk associated with it. As with any travel you will need to make a request to me a week prior via email with your departure date and return date. You will also need to provide me with the address of where you are planning on staying during your visit. Once I review I will notify you by email regarding my response to your request. From what I remember in our previous conversation, Mr. Parlato was being charged with a Federal offense. If he is convicted and results in him being convicted as a felon, it is your responsibility to notify me of this and I will need to provide you with permission to have contact with him. That would result in me speaking with Mr. Parlato regarding your function within the company and your responsibilities.

As it goes with your request to go to Miami and "knock on doors" as it relates to finding employment, again you will need to provide me a written request via email a week before you would wish to go. Again I would need to know where you are requesting to go and who you are planning to see during your visit. Permission to travel outside the district will not be approved without such information.

Please let me know if you have any further questions or need any further clarification of what is needed,

Thank you,



**Megan Amadori**
United States Probation Officer
2110 First Street, Suite 4-182
Fort Myers, Florida 33901
**Phone** (239) 461-2104
**Mobile** (941) 899-4038

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Wednesday, February 22, 2023 1:07 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Cc:** Lawrence Almagno <la@almagno-law.com>; Frank Parlato <frankparlato@gmail.com>
**Subject:** Re: Follow up from field visit

**CAUTION - EXTERNAL:**

Officer Amadori,

3/9/23, 12:33 PM                          (25) Inbox | richard.luthmann@protonmail.com | Proton Mail

I am trying to get myself on track, as you know, despite my limitations.

Judge Weinstein's EDNY Judgment says I can work for attorneys.

The attorney is Lawrence Almagno in Rhode Island. He wants to hire me, but he has concerns inherent to the practice of law, as outlined in the pending motion before the Court.

He is trying to get clearance from the state authorities as well. Because of Federalism and Tenth Amendment issues, the states also have the power to regulate attorney conduct and how legal services are rendered. I'm sure the Government and the Probation Office have a position on this.

Mr. Almagno is copied hereto. His number is 401-255-8201.

I also have joined organized labor by being accepted into the National Writers Union. I am establishing myself as a journalist and a writer.

Frank Parlato has been a journalist and publisher for 40 years. Presently, I am an unpaid intern for him. He is showing me the ropes of the trade so I can be of value one day. Mr. Parlato operates out of Big Pine Key in Florida. Mr. Parlato has told me that if I can travel regularly to Big Pine Key, he can put me on part time payroll. He has lodging for me.

I'm sure the Government and the Probation Office also have a position on the First Amendment and the journalist's privilege, as discussed in the pending court motion.

Mr. Parlato's number is 305-783-7083. He is copied hereto. He has no problem talking to you about the proposed setup if I can get permission to work.

I am also actively working towards Federal Disability if I can't get work, or am limited to part time work. My hearing was scheduled for February 14, but it was adjourned because I was exposed to Covid-19.

I used to live in Miami and have a substantial contact network there I haven't been able for work because I can't travel there. If I can knock on doors there, I believe I could pick something appropriate up given my limitations.

Let me know what other information you need.

Regards,

Richard Luthmann

---

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Thursday, February 16, 2023 10:03:53 AM
**To:** Richard L <luthmannrichard@gmail.com>
**Subject:** RE: Follow up from field visit

Good Morning,

3/9/23, 12:33 PM                                  (25) Inbox | richard.luthmann@protonmail.com | Proton Mail

From the conversation it was my understanding that you had an attorney in the Southern District of FL as well as in RI, however I only see one attorney given below. Does this attorney have two office locations that you are asking to work in both locations? Or are they two separate attorneys?

Thank you,



**Megan Amadori**
United States Probation Officer
2110 First Street, Suite 4-182
Fort Myers, Florida 33901
**Phone** (239) 461-2104
**Mobile** (941) 899-4038

---

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Friday, February 10, 2023 1:13 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>; Richard Luthmann <richard.luthmann@gmail.com>
**Cc:** Lawrence Almagno <la@almagno-law.com>; Lawrence Almagno <la@almagno-law.com>;
frankparlato@gmail.com
**Subject:** Re: Follow up from field visit

**CAUTION - EXTERNAL:**

The attorney is Lawrence Almagno - la@almagno-law.com

The Investigative Journalist is Frank Parlato - frankparlato@gmail.com

Both are copied hereto.

---

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Friday, February 10, 2023 11:22:39 AM
**To:** Richard Luthmann <richard.luthmann@gmail.com>; luthmannrichard@gmail.com
<luthmannrichard@gmail.com>
**Subject:** Follow up from field visit

Good Afternoon,

I just wanted to send a follow up email from our conversation yesterday. If you could please provide me the email addresses of both attorneys that you are asking to work with so I can prepare and send them an email to determine if

3/9/23, 12:33 PM                              (25) Inbox | richard.luthmann@protonmail.com | Proton Mail

the position will be acceptable to probation. Once I receive both, I will reach out sometime next week.

Thank you,



**Megan Amadori**
United States Probation Officer
2110 First Street, Suite 4-182
Fort Myers, Florida 33901
**Phone** (239) 461-2104
**Mobile** (941) 899-4038

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**20.21 KB**   1 embedded image

image001.jpg 20.21 KB