# EXHIBIT "C"



Richard A. Luthmann
338 Sugar Pine Lane
Naples, FL 34108
Tel: (239) 631-5957
richard.luthmann@gmail.com

Via Hand

March 2, 2023

Hon. Sheri Polster Chappell, U.S.D.J.
U.S. District Court
Middle District of Florida
U.S. Courthouse and Federal Building
2110 First Street
Fort Myers, Florida 33901

Magistrate Judge Nicholas P. Mizell
U.S. District Court
Middle District of Florida
U.S. Courthouse and Federal Building
2110 First Street
Fort Myers, Florida 33901

> RE: USA v. Luthmann, 2:22-cr-00021-SPC-NPM-1
> Letter Motion
> Request for Ruling on Prospective Travel to Chicago, Il, and
> to the Southern District of Florida

Your Honors:

I am the Defendant in the above-referenced matter.

I request the Court advance the issues regarding permission to travel to the original return date, March 7, 2023, or as soon thereafter as the Court may hear this case. Time is of the essence.

As discussed further below, I would like to know whether I can travel to Chicago to practice journalism, take meetings, and take in the culture, or whether I should tell those who have made arrangements and who paid for tickets and other incidentals that I am not permitted to visit with them. The scheduled flight departs on March 17, 2023.

I also would like to know whether I can travel to the Southern District of Florida to work with Frank Parlato, an established investigative journalist.

1

On February 9, 2023, I filed a *pro se* motion to terminate supervised release and for other relief. Part of the other relief was asking the Court for an Order specifically allowing me to travel to Chicago, Illinois, from March 17 to 23, 2023, and travel to the Southern District of Florida as needed. I hand-delivered a courtesy copy of the motion papers to the Office of the U.S. Attorney for the Middle District of Florida. The original return date was March 7, 2023, providing ample time for the Government to respond prior to the date of the proposed travel to Chicago.

On February 13, 2023, the Court issued an Order directing the Government to respond to my motion. The Court's Order was posted on the PACER/CM ECF system for the world to see. Presumably, the Government also received an email notification of the same.

On February 27, 2023, the date the Court had previously Ordered for the Government's Response/Opposition, the Government filed for an extension of time to respond saying, "the undersigned attorney was not made aware of this matter until February 27, 2023."

Prior to the Government filing its motion for an extension of time, I was not contacted about the proposed extension, which I would have consented to with the caveat that the issues addressed herein were addressed by agreement. The necessity of the letter motion may have been obviated if the Government had picked up the phone.

The February 27, 2023, Docket Entry (CM ECF #8) further states, "Motions referred to Magistrate Judge Nicholas P. Mizell." I have addressed the instant motion to both the District Court and the Magistrate for this reason.

On February 28, 2023, the Court granted the Government's motion for an extension of time to March 13, 2023.

I am attempting a good-faith resolution with the U.S. Probation Office for permission to travel to Chicago, Illinois, and to the Southern District of Florida. I have been corresponding with U.S.P.O. Officer Megan Amadori, who has been copied on this letter. See the attached EXHIBIT "A." Though Officer Amadori has been a pleasure to work with, she is constrained by "the book" adhered to by U.S.P.O.[1]

I am trying to get work. I am trying to make money so that I can make restitution payments. At this point, my only income is $281 per month from food stamps. If I can travel, I will be able to find valuable work.

---

[1] The system is designed to make it difficult for released inmates under supervision. I might be the idiot for trying to work because given my disabilities, it is simply easier to pursue Federal Disability. This phenomenon may very well be fodder for a series of articles on the criminal justice system, in line with what has already been published about my experiences.

2

I have been serving as an intern for Frank Parlato, an investigative journalist and newspaper man for the past 40 years. Mr. Parlato publishes several media outlets, and my work has been published on the Frank Report (www.frankreport.com). Mr. Parlato is famous for exposing government corruption ($300 million pay-to-pay deal between Delaware North and New York State for the Maid of the Mist contract in Niagara Falls, New York), and cults (NXIVM). Mr. Parlato was instrumental in the U.S. Government's investigation and prosecution of NXIVM's Keith Raniere, (a cult leader who was branding female sex slaves on their genitalia and compelling forced labor through "collateral" and blackmail) and Raniere's location and arrest in Mexico.

I have a union card with the National Writers Union, which I was able to gain because of published work that I have done while an intern for Mr. Parlato. However, I am not valuable as an investigative journalist unless and until I can travel to and work with Mr. Parlato, and I can be assured I can offer sources the journalist's privilege. The instant motion addresses these issues.

The proposed travel to the Southern District of Florida allows me to work face-to-face and hands-on with Mr. Parlato at his location in Big Pine Key, Florida.

The proposed travel to Chicago, Illinois, also furthers my work with Mr. Parlato and my burgeoning career in journalism. Because of my altar service and membership in the Knights of Columbus, I have an interest in comparative religion. I have a tentative interview scheduled with Swami Ishatmananda at the Vivekananda Vedanta Society of Chicago, 3801 N Keeler Ave, Chicago, IL. Historically, Chicago has been a center of Indian-American life and particularly monasticism. The Vivekananda Vedanta Society is one of the oldest and longest-established orders in this country. My interview and tour will further my newsgathering for a series on comparative monasticism in the U.S.

Mr. Parlato also has arranged for me to meet with the Indian Tribune of Chicago, 3302 West Peterson Avenue, Chicago, IL 60659. The Indian Tribune of Chicago is the chief U.S. outlet for the Indian Tribune.

The travel to Chicago also serves an important social purpose. It will allow me to reconnect with society and individuals in a way I have not been able to do in many years. While I was incarcerated, Covid-19 caused all visits to be canceled. I lost contact with many people. I also lost contact with the arts and culture. I am trying to reconnect, and Chicago is a great American city for arts and culture.

The U.S. Probation Office has asked for a proposed itinerary for Chicago. Here it is:

Friday, March 17, 2023

- Depart RSW Airport, American Airlines Flight 2993, to Chicago- O'Hare, 6:20 p.m.
- Arrive in Chicago, Illinois

3

- Proceed to lodging - apartment of J.M., 5555 N. Sheridan Road, Chicago, IL 60640; J.M. is out of town and is allowing me to use the apartment while I am in Chicago.

Saturday, March 18, 2023

- Visit with family/friends (names withheld for privacy, will produce if the Court so requires)
- Sightseeing, Museums in the Edgewater area

Sunday, March 19, 2023

- 10:30 a.m. - Roman Catholic Mass, St. Gertrude Church, 1420 West Granville Avenue, Chicago, IL 60660[2]
- 2:00 p.m. - Matinee Performance of Annie, Cadillac Palace Theater, 151 West Randolph Street, Chicago, II (Loop area)

Monday, March 20, 2023

- Vivekananda Vedanta Society of Chicago, 3801 N Keeler Ave, Chicago, IL; Interview with Swami Ishatmananda, https://chicagovedanta.org/
- Additional meetings TBD

Tuesday, March 21, 2023

- Meeting with Indian Tribune of Chicago, 3302 West Peterson Avenue, Chicago, IL 60659
- Additional meetings TBD

---

[2] I am concerned about openly stating my religious beliefs in Government papers. But as stated in my moving papers, the Government's position appears to be that post-conviction, my status affords me the same rights as a pre-Civil War Slave in the American South, as the Thirteenth Amendment holds intact the last vestiges of American slavery. My research indicates that slaves did not have any protected religious rights at the time of the enactment of the Thirteenth Amendment. My belief is that the Fourteenth Amendment offers me redress in this situation, but the situation is altogether concerning. While the DOJ claims it protects all religions and all ideologies, Attorney General Merrick Garland was recently questioned by Sen. Josh Hawley (R-Mo.) about "anti-Catholic bias" at a Senate oversight hearing on March 1, 2023. General Garland denied bias against any religion of any kind. Senator Hawley responded, "Your answer frankly surprises me."

4

Wednesday, March 22, 2023
- Morning - Sightseeing, Museums in Downtown Chicago
- 2:00 p.m. - Matinee Performance of Tina Turner Musical, James M. Nederlander Theatre, 24 West Randolph Street, Chicago, Il (Loop area)

Thursday, March 23, 2023
- Depart Chicago-O'Hare and return to RSW, American Airline Flight 2561, 9:55 a.m.

I have prospective work with attorneys lined up, so long as it can be assured that the attorney-client privilege and the attorney work product privilege remain intact and cover my work. I hate to keep returning to the slavery analogy, but that is how the US Constitution is written. Under the Thirteenth Amendment, I remain analogous to a pre-Civil War Southern Slave. My "Master" is the United States Government. So the Government has all rights to everything I do. There is no warrant requirement, and my work for lawyers and law firms can be invaded at any time.

I am sure the Court understands and appreciates that no lawyers would hire me or give me any work unless the conditions of my probation - which specifically allow me to work for lawyers - are clarified by the Court for the US. Government and the Probation Department. If I am to remain on Probation, the restrictions must be narrowly tailored.

U.S. Probation already knows about Attorney Lawrence Almagno. He is apparently reticent to engage with US Probation. I may not be able to do work for him until there is a specific ruling by the Court, or I am no longer subject to supervision.

Additionally, I recently spoke with high-profile New York City Attorney Arthur Aidala. Mr. Aidala's client list includes Rudolph Giuliani, Harvey Weinstein, Roger Ailes, Alan Dershowitz, and NFL Legend Lawrence Taylor. Mr. Aidala is willing to give me work. It remains to be seen how the U.S.P.O.'s "book" will kill that deal.

I am concerned that the Court will not address the issues related to travel to Chicago and to the Southern District of Florida to work with Mr. Parlato by March 7, 2023. Time is of the essence with these issues.

I request the Court advance these issues to the original return date, March 7, 2023, or as soon thereafter as the Court may hear this case. Time is of the essence, and I would like to know whether I can travel to Chicago, or whether I should tell those who have made arrangements and paid for tickets and other incidentals that I am not permitted to visit with them. The scheduled flight departs on March 17, 2023.

I also ask that the Government be directed to send a courtesy copy of any response on these issues via email to richard.luthmann@gmail.com on or before March 5, 2023, so I may formulate a brief reply on these travel-related issues if necessary.

5

If the Court has any questions or concerns, please do not hesitate to contact me. Thank you for your consideration.

Regards,

Richard A. Luthmann

CC:   File
      US Attorney for the MDFL (By Hand - Ft. Myers Office)
      USPO MDFL (By Hand - Ft. Myers Office)
      Frank Parlato
      Lawrence P. Almagno, Jr., Esq.
      Arthur Aidala, Esq.

6

# EXHIBIT "A"

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Wednesday, March 1, 2023, 3:31 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Cc:** Frank Parlato <frankparlato@gmail.com>; Lawrence Almagno <la@almagno-law.com>
**Subject:** Re: Follow up from field visit

Officer Amadori,

Mr. Parlato's case is available on Pacer. It is in the Western District of New York. He has yet to be sentenced.

Here is his Wikipedia page:

https://en.m.wikipedia.org/wiki/Frank_Parlato_Jr.

One of the issues in the filed motion before the Court is the interplay between the First Amendment, the press clause, my right to practice journalism, and the US Probation Rules and Regulations. I expect Judge Polster Chappell to rule on this issue before Mr. Parlato is sentenced.

Mr. Parlato is copied hereto. His phone number is 305-783-7083.

Is it US Probation's position I cannot work with Mr. Parlato at his headquarters in Big Pine Key, Florida? I would like clarification going into Tuesday's hearing. The US Attorney did not respond in the time allotted by Court Order. I have no idea what the Government or US Probation's position is on these issues.

I will prepare the proposed Chicago itinerary. Permission was specifically requested for the trip in the motion to the Court. I do not know what the Government's position is on that or any other issue.

As always, let me know if there are any questions or concerns.

Regards,

Richard Luthmann


**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Tuesday, February 28, 2023, 12:30 PM
**To:** Richard L <luthmannrichard@gmail.com>
**Subject:** RE: Follow up from field visit

Good Afternoon,

Please refer back to my pervious email requesting the current status of Mr. Parlato's case. From what I remember in our previous conversation, Mr. Parlato was being charged with a Federal offense. If he is convicted and results in him being convicted as a felon, it is your responsibility to notify me of this and I will need to provide you with permission to have contact with him.

In regards to the request for travel to Chicago please provide me a brief itinerary of the trip as well as the names of the friends that you will be staying with. Once I have that I can review your request.

Thank you,

**Megan Amadori**
United States Probation Officer
2110 First Street, Suite 4-182
Fort Myers, Florida 33901
**Phone** (239) 461-2104
**Mobile** (941) 899-4038

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Monday, February 27, 2023 11:52 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Cc:** Lawrence Almagno <la@almagno-law.com>; Frank Parlato <frankparlato@gmail.com>
**Subject:** Re: Follow up from field visit

CAUTION - EXTERNAL:

Officer Amadori,

Thank you for trying Mr. Almagno. I alerted him you are trying to reach him and he is copied hereto.

I have also copied Mr. Parlato. I want to request permission to go down and stay with him for a few days so we can work together side by side. He operates out of Big Pine Key, Florida.

Mr. Parlato says that once I can travel to him and collaborate AND I can be assured my journalistic sources are protected, he can change my internship over from unpaid to paid, and then hopefully to part time work.

Mr. Parlato also has individuals he would like me to see in the Indian community in Chicago. I would like to renew that request for travel from March 17 to the 23rd. Let me know what information you will need. I will be doing interviews, newsgathering, and collecting information to write several articles for Mr. Parlato's media properties. I intend to stay with friends at 5555 N Sheridan Rd, Chicago, IL
https://maps.app.goo.gl/vhXWRBbJfvddUoKM9

If you would like to speak to Mr. Parlato, his phone number is 305-783-7083.

Let me know what information you will need to approve this.

I am still pursuing my federal disability claim because of my limitations and in case legal restrictions create further limiting impossibility of employment.

Regards,

Richard Luthmann

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Wednesday, February 22, 2023 1:30:21 PM
**To:** Richard L <luthmannrichard@gmail.com>
**Subject:** RE: Follow up from field visit

Good Afternoon,

I have reached out to Mr. Almagno twice now via email regarding the parameters of your work for his office and have not yet received a response. As we have previously discussed, I must investigate if there are any 3rd party risks regarding any future employment as it applies to your instant offense. Until I receive a response from Mr. Almagno I cannot approve this employment.

In relation to you unpaid internship with Mr. Frank Parlato, as we discussed previously, writing on his website does not appear to have any 3rd party risk associated with it. As with any travel you will need to make a request to me a week prior via email with your departure date and return date. You will also need to provide me with the address of where you are planning on staying during your visit. Once I review I will notify you by email regarding my response to your request. From what I remember in our previous conversation, Mr. Parlato was being charged with a Federal offense. If he is convicted and results in him being convicted as a felon, it is your responsibility to notify me of this and I will need to provide you with permission to have contact with him. That would result in me speaking with Mr. Parlato regarding your function within the company and your responsibilities.

As it goes with your request to go to Miami and "knock on doors" as it relates to finding employment, again you will need to provide me a written request via email a week before you would wish to go. Again I would need to know where you are requesting to go and who you are planning to see during your visit. Permission to travel outside the district will not be approved without such information.

Please let me know if you have any further questions or need any further clarification of what is needed,

Thank you,

> **Megan Amadori**
> United States Probation Officer
> 2110 First Street, Suite 4-182
> Fort Myers, Florida 33901
> **Phone** (239) 461-2104
> **Mobile** (941) 899-4038

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Wednesday, February 22, 2023 1:07 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>

**Cc:** Lawrence Almagno <la@almagno-law.com>; Frank Parlato <frankparlato@gmail.com>
**Subject:** Re: Follow up from field visit

<mark>CAUTION - EXTERNAL:</mark>

Officer Amadori,

I am trying to get myself on track, as you know, despite my limitations.

Judge Weinstein's EDNY Judgment says I can work for attorneys.

The attorney is Lawrence Almagno in Rhode Island. He wants to hire me, but he has concerns inherent to the practice of law, as outlined in the pending motion before the Court.

He is trying to get clearance from the state authorities as well. Because of Federalism and Tenth Amendment issues, the states also have the power to regulate attorney conduct and how legal services are rendered. I'm sure the Government and the Probation Office have a position on this.

Mr. Almagno is copied hereto. His number is 401-255-8201.

I also have joined organized labor by being accepted into the National Writers Union. I am establishing myself as a journalist and a writer.

Frank Parlato has been a journalist and publisher for 40 years. Presently, I am an unpaid intern for him. He is showing me the ropes of the trade so I can be of value one day. Mr. Parlato operates out of Big Pine Key in Florida. Mr. Parlato has told me that if I can travel regularly to Big Pine Key, he can put me on part time payroll. He has lodging for me.

I'm sure the Government and the Probation Office also have a position on the First Amendment and the journalist's privilege, as discussed in the pending court motion.

Mr. Parlato's number is 305-783-7083. He is copied hereto. He has no problem talking to you about the proposed setup if I can get permission to work.

I am also actively working towards Federal Disability if I can't get work, or am limited to part time work. My hearing was scheduled for February 14, but it was adjourned because I was exposed to Covid-19.

I used to live in Miami and have a substantial contact network there I haven't been able for work because I can't travel there. If I can knock on doors there, I believe I could pick something appropriate up given my limitations.

Let me know what other information you need.

Regards,

Richard Luthmann

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Thursday, February 16, 2023 10:03:53 AM
**To:** Richard L <luthmannrichard@gmail.com>
**Subject:** RE: Follow up from field visit

Good Morning,

From the conversation it was my understanding that you had an attorney in the Southern District of FL as well as in RI, however I only see one attorney given below. Does this attorney have two office locations that you are asking to work in both locations? Or are they two separate attorneys?

Thank you,

> **Megan Amadori**
> United States Probation Officer
> 2110 First Street, Suite 4-182
> Fort Myers, Florida 33901
> **Phone** (239) 461-2104
> **Mobile** (941) 899-4038

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Friday, February 10, 2023 1:13 PM
**To:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>; Richard Luthmann <richard.luthmann@gmail.com>
**Cc:** Lawrence Almagno <la@almagno-law.com>; Lawrence Almagno <la@almagno-law.com>; frankparlato@gmail.com
**Subject:** Re: Follow up from field visit

**CAUTION - EXTERNAL:**

The attorney is Lawrence Almagno - la@almagno-law.com

The Investigative Journalist is Frank Parlato - frankparlato@gmail.com

Both are copied hereto.

**From:** Megan Amadori <Megan_Amadori@flmp.uscourts.gov>
**Sent:** Friday, February 10, 2023 11:22:39 AM
**To:** Richard Luthmann <richard.luthmann@gmail.com>; luthmannrichard@gmail.com <luthmannrichard@gmail.com>
**Subject:** Follow up from field visit

Good Afternoon,

I just wanted to send a follow up email from our conversation yesterday. If you could please provide me the email addresses of both attorneys that you are asking to work with so I can prepare and send them an email to determine if the position will be acceptable to probation. Once I receive both, I will reach out sometime next week.

Thank you,

**Megan Amadori**
United States Probation Officer
2110 First Street, Suite 4-182
Fort Myers, Florida 33901
**Phone** (239) 461-2104
**Mobile** (941) 899-4038

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

---------------------------------------------------------

UNITED STATES OF AMERICA,                              2:22-cr-0021-SPC-NPM

      -against-

RICHARD LUTHMANN,

                Defendant.

---------------------------------------------------------

## CERTIFICATION OF SERVICE

      *RICHARD LUTHMANN, of full age and sound mind, declares as follows under the* penalties of perjury contained in the US Code:

      1.      I am the Defendant in the above-captioned matter.

      2.      I served the following parties with a copy of the enclosed Notice of Motion, Declaration of Richard Luthmann with exhibits, and Memorandum of Law by hand delivering the papers to the person at the address designated by them for that purpose as indicated below:

Clerk of Court
U.S. Courthouse and Federal Building
2110 First Street
Fort Myers, Florida 33901

U.S. Attorney's Office
2110 First Street
Suite 3-137
Ft. Myers, FL 33901

U.S. Probation Office for the Middle District of Florida
US Courthouse and Federal Building
2110 First Street
Suite 4-182
Ft. Myers, FL 33901-3011

1

Dated: Naples, Florida
     February 9, 2023

Respectfully submitted,

Richard Luthmann*

*Signed under penalties of perjury contained in Title 18 of the United States Code.

2