UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 2:22-cr-21-SPC-NPM

RICHARD LUTHMANN

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE (DOC. 5) AND TO DEFENDANT'S MOTION TO TRAVEL (DOC. 10)

On or about September 9, 2019, defendant Richard Luthmann was sentenced to 48-months imprisonment followed by three years of supervised release in E.D.N.Y. Case No. 1:17-cr-664-RJD-RER in connection with convictions for wire fraud conspiracy (18 U.S.C. § 1343 and 18 U.S.C. § 1349) and extortionate collection of credit conspiracy (18 U.S.C. § 894(a)). (Doc. 1-3). In early 2022, jurisdiction over the defendant's supervised release was transferred to the Middle District of Florida pursuant to 18 U.S.C. § 3605. (Doc. 1). On February 9, 2023, the defendant filed a *pro se* motion to terminate supervised release (Doc. 5), and on March 2, 2023, the defendant filed a letter motion to travel (Doc. 10). The Court ordered a response from the United States as to each motion on or before March 13, 2023. (Docs. 9 and 11).

In his motion to terminate supervised release, the defendant requests that this Court terminate his supervised release, or in the alternative, (1) reduce his term of supervised release, (2) modify the terms of his supervised release to "remove legal disabilities to employment," (3) modify the terms of his supervised release "to allow for unrestricted travel within the United States," (4) specifically permit travel to

Chicago, Illinois, from March 17 to March 23, 2023, and travel to the Southern District of Florida "as needed," (5) modify the terms of his supervised release "so he may effectively practice journalism," and (6) modify the terms of his supervised release so he "may take prospective employment as a legal researcher with a law firm." Doc. 6 at 1-2. In his letter motion to travel (Doc. 10), the defendant reiterates his request for permission to travel to Chicago from March 17 to March 23, 2023, and to travel to the Southern District of Florida. Doc. 10.

Consistent with 18 U.S.C. § 3853(e) and Fed. Crim. P. 32.1, this Court may, at its discretion, modify, reduce, or terminate a defendant's supervised release. The undersigned AUSA has reviewed the defendant's filings and discussed the defendant's requests with United States Probation Officer Megan Amadori. Officer Amadori has advised that U.S. Probation opposes termination, reduction, or modification of the defendant's supervised release at this time. The undersigned AUSA defers entirely to U.S. Probation's judgment on this matter, and therefore opposes defendant's requested relief at this time as well.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By:   */s/ Simon R. Eth*
    SIMON R. ETH
    Assistant United States Attorney
    Florida Bar No. 0091415
    2110 First Street, Suite 3-137
    Ft. Myers, Florida 33901
    Telephone: (239) 461-2200
    E-mail: simon.eth@usdoj.gov

United States v. Richard Luthmann					Case No.: 2:22-cr-21-SPC-NPM

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, a true and correct copy of the foregoing document and the notice of electronic filing were sent by U.S. Mail to the following non-CM/ECF participant:

**Richard Luthman**
338 Sugar Pine Lane
Naples, FL 34108

						/s/ Simon R. Eth
						SIMON R. ETH
						Assistant United States Attorney
						Florida Bar No. 0091415
						2110 First Street, Suite 3-137
						Ft. Myers, Florida 33901
						Telephone:  (239) 461-2200
						E-mail: simon.eth@usdoj.gov