FILED
2023 MAR 14  AM 8:57
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

---

UNITED STATES OF AMERICA,

        -against-

RICHARD LUTHMANN,

        Defendant.

---

2:22-cr-0021-SPC-NPM

**SECOND EMERGENCY MOTION SEEKING AN OPPORTUNITY TO BE HEARD BEFORE MARCH 17, 2023, SO AS NOT TO RENDER REFLIEF FUTILE: JUSTICE DELAYED IS JUSTICE DENIED**

PLEASE TAKE NOTICE that RICHARD LUTHMANN, Defendant *Pro Se* herein, upon the attached Declaration of Richard Luthmann, and all the proceedings had herein, shall move this Honorable Court at 2110 First Street, Fort Myers, Florida 33901, in the above-captioned matter on March 15, 2023, at 9:30 AM or as soon thereafter as the parties may be heard, for an Order:

A) Specifically allowing Defendant to travel to Chicago, Illinois, from March 17 to 23, 2023, and

B) For such other and further relief as this Honorable Court may deem just or equitable.

Dated: Naples, Florida
March 14, 2023,

                                                Yours, etc.,

                                                Richard Luthmann
                                                Defendant *Pro Se*
                                                338 Sugar Pine Lane
                                                Naples, FL 34108
                                                (239) 631-5957

TO:    Clerk of Court
          U.S. Courthouse and Federal Building

2110 First Street
Fort Myers, Florida 33901

U.S. Attorney's Office
2110 First Street
Suite 3-137
Ft. Myers, FL 33901

U.S. Probation Office for the Middle District of Florida
US Courthouse and Federal Building
2110 First Street
Suite 4-182
Ft. Myers, FL 33901-3011