UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

---

UNITED STATES OF AMERICA,                         2:22-cr-0021-SPC-NPM

-against-

RICHARD LUTHMANN,

Defendant.

---

### EMERGENCY DECLARATION OF RICHARD LUTHMANN
### IN SUPPORT OF APPLICATION TO TRAVEL

RICHARD LUTHMANN, Defendant *Pro Se* herein, declares the truth of the following under the penalties of perjury contained in Title 18 of the United States Code:

### SUMMARY

1. Your Honor, I will speak plainly. I am a poor schmuck that is out on the balls of his ass. If it weren't for my senior citizen parents, who are on a fixed income, I would be homeless. I am trying to work, but I have serious physical, mental, emotional, and legal disabilities. I am diabetic and have two total hip replacements. I am aged 43, but my body's actual age is that of a 70-year-old. I don't know anyone in Naples or Fort Myers because I have never lived here before. No one will give me a break. It's tough. I have mental health and emotional issues that, if the court doesn't already know, I can disclose privately and not in public court papers. I have a pending application for federal disability.

2. I am down and out. I am always looking for work, but there is a lot I cannot do. I am trying to develop a new craft. I have been trying to become a journalist since last year, and I am now a bonafide journalist. I have a union card with the National Writers Union and I have dozens of published articles since I began working as an unpaid intern for 40-year veteran

investigative journalist Frank Parlato in October 2022. The Court already knows this because I said so on the record in the appearance in another case, <u>Luthmann v. FBI et al.</u>, 2:21-cv-00716-JES-NPM, before Magistrate Judge Nicholas P. Mizell.

3. I am trying to travel to Chicago in furtherance of my journalism career. US Probation says no. All I need is a break to get on track. I ask this Court to say YES.

4. I want to get on payroll. I want to start making money so I can move forward in life, part of which is paying the restitution I owe.

5. Please do not ignore me. Everyone else has.

## BASIS OF APPLICATION

6. The basis for this emergency application is to ask the Court for a hearing on the issue of my permission to travel to Chicago, Illinois, from March 17 – 23, 2023, for legitimate business, religious, and journalistic purposes based upon the arbitrary, capricious, pretextual, and unconstitutional denial by the US Probation Office. See CM/ECF # 5, 6, 10, and 12.

7. The Government has responded to the pending motion papers. See CM/ECF # 13. That response said:

> Consistent with 18 U.S.C. § 3853(e) and Fed. Crim. P. 32.1, this Court may, at its discretion, modify, reduce, or terminate a defendant's supervised release. The undersigned AUSA has reviewed the defendant's filings and discussed the defendant's requests with United States Probation Officer Megan Amadori. Officer Amadori has advised that U.S. Probation opposes termination, reduction, or modification of the defendant's supervised release at this time. The undersigned AUSA defers entirely to U.S. Probation's judgment on this matter, and therefore opposes defendant's requested relief at this time as well.

8. The Government defers to US Probation and offers no legal or factual arguments.

9. US Probation's administrative decision has already been shown to be arbitrary and capricious, without basis in fact and law, and clearly erroneous. Specifically, US Probation's stated reason for the denial of travel to Chicago, Illinois, is US Probation "policy." I asked for a written copy of this policy on numerous occasions, and it has not been provided.

10. I would like the Court to rule on this issue immediately. It is only right that if the Court does not permit me to travel to Chicago, Illinois, I can give notice to the people with whom I have made tentative arrangements, including Swami Ishatmananda at the Vivekananda Vedanta Society of Chicago, and with journalists from the Indian Tribune of Chicago. Also, the people who furnished tickets should have the courtesy to know whether I can use them or not and get their money back. I detailed my trip itinerary in previous submissions.

11. I would like the Court to hear the travel issues on or before March 15, 2023, so that accommodations can be made either way, whether I can travel or not. If the Court does not hear my issues on an emergent basis, these issues I first raised <u>over a month ago</u> will become moot and my ability to seek relief will be frustrated. This there is a real and compelling legal and factual basis to advance consideration on the travel issues.

12. I want to take appropriate productive part-time work given my needs and limitations and work past my disabilities - physical, mental, emotional, and legal. I want to contribute to society with fair labor, grow as an individual, and meet my obligations, including restitution.

13. Accordingly, I ask this Honorable Court for an Order:

   A. Advancing the issue of Richard Luthmann's request to travel to Chicago, Illinois, for business, religious, and journalistic purposes from March 17 – 23, 2023, to be heard by the Court on March 15, 2023, so as to afford Mr. Luthmann an opportunity

to be heard and not render the request for relief moot and/or frustrated in purpose; and

B. Permitting Richard Luthmann to travel to Chicago, Illinois for business, religious, and journalistic purposes from March 17 – 23, 2023; and

C. Such other and further relief as the Court shall deem just and proper.

Dated: Naples, Florida
March 14, 2023,

Respectfully submitted,

Richard Luthmann*
Defendant *Pro Se*
338 Sugar Pine Lane
Naples, FL 34108
(239) 631-5957

*Signed under penalties of perjury contained in Title 18 of the United States Code.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

---

UNITED STATES OF AMERICA,                    2:22-cr-0021-SPC-NPM

-against-

RICHARD LUTHMANN,

             Defendant.

---

**CERTIFICATION OF SERVICE**

RICHARD LUTHMANN, of full age and sound mind, declares as follows under the penalties of perjury contained in the US Code:

1. I am the Defendant in the above-captioned matter.

2. I served the following parties with a copy of the enclosed Notice of Motion, Declaration of Richard Luthmann with exhibits, and Memorandum of Law by hand delivering the papers to the person at the address designated by them for that purpose as indicated below:

Clerk of Court
U.S. Courthouse and Federal Building
2110 First Street
Fort Myers, Florida 33901

U.S. Attorney's Office
2110 First Street
Suite 3-137
Ft. Myers, FL 33901

U.S. Probation Office for the Middle District of Florida
US Courthouse and Federal Building
2110 First Street
Suite 4-182
Ft. Myers, FL 33901-3011

Dated: Naples, Florida  
      March 14, 2023

Respectfully submitted,

*[signature]*

Richard Luthmann\*

\*Signed under penalties of perjury contained in Title 18 of the United States Code.