FILED

2023 MAR 15 AM 8:52

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

---

UNITED STATES OF AMERICA,

-against-

RICHARD LUTHMANN,

Defendant.

---

2:22-cr-00021-SPC-NPM

## CERTIFICATION OF PAYMENT

RICHARD LUTHMANN, of full age and sound mind, declares as follows under the penalties of perjury contained in the US Code:

1. I am the Defendant in the above-captioned matter.

2. On March 15, 2023, I paid $17.00 in the above-referenced case via Pay.gov. My proofs are attached.

3. I found Pay.gov on my own as was not previously alerted to my ability to pay my debts to the Government by this medium.

4. The source of funds was begging, as the unwritten UP Probation "Policy" precludes me from working as a journalist. Additionally, US Probation "Rules" make work for attorneys, as contemplated by Judge Weinstein in the EDNY Judgment, impossible. I have physical, mental, emotional, and legal disabilities.

Dated: Naples, Florida
       March 15, 2023

Respectfully submitted,

*[signature]*

Richard Luthmann*

*Signed under penalties of perjury contained in Title 18 of the United States Code.

1

An official website of the United States government
Here's how you know

**SBA Borrowers:** View loan information or make a payment at the new MySBA site

Dismiss

# Pay.gov

MENU

For your security, we recommend you close your browser when you complete your payment.

# Payment Confirmation - FLMD CRIMINAL PAYMENT FORM

 Before You Begin

 Complete Agency Form

 Enter Payment Info

 Review & Submit

5  Confirmation

## Your payment is complete

You can find your receipt in your account payment activity. A confirmation email has been sent to luthmannrichard@gmail.com, megan_amadori@flmp.uscourts.gov.

### We value your feedback!

Let us know how we did. Complete our short two minute survey.

## Tracking Information

Pay.gov Tracking ID: **274ES5QU**

Agency Tracking ID: **76385497869**

Form Name: FLMD CRIMINAL PAYMENT FORM

Application Name: FLMD Criminal Payment Form

## Payment Information

Payment Type: Debit card

Payment Amount: $17.00

Transaction Date: 03/15/2023 07:08:15 AM EDT

Payment Date: 03/15/2023

Case Number: 2:22-CR-0021-SPC-NPM

Defendant Type: Individual

Defendant Name: Richard A Luthmann Jr.

Payer's Name: Richard Luthmann

Payer's Address: 338 Sugar Pine Lane, Naples, FL 34108

Payer's Telephone: Home - (239) 631-5957

Payer's Email: luthmannrichard@gmail.com

## Account Information

Cardholder Name: Richard Luthmann

Card Type: Master Card

Card Number: ************0920

View this payment on the Payment Activity page.
View this form on the My Forms page.

### Need Help?

**Contact:**
FLMD Criminal Payments

**Email:**
Click to email

**Phone:**
212-835-4200

[Return to top]

| Accessibility Policy | Privacy and Security Policy | Notices and Agreements |
|---|---|---|
| For Agencies | * | |



# Pay.gov

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Pay.gov Support**

WARNING WARNING WARNING

You have accessed a U.S. Government information system, which includes (1) this computer, (2) this network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. U.S. Government information systems are provided for the processing of official U.S. Government information only. Unauthorized or improper use of this information system is prohibited and may subject you to disciplinary action, as well as civil and criminal penalties. All data contained on U.S. Government information systems is owned by the U.S. Government and may, for the purpose of protecting the rights and property of the U.S. Government, be monitored, intercepted, recorded, read, searched, copied, or captured in any manner and disclosed or used for any lawful government purpose at any time. THERE IS NO RIGHT TO PRIVACY IN THIS SYSTEM. System personnel may give to law enforcement officials any potential evidence of crime found on U.S. Government information systems. USE OF THIS SYSTEM BY ANY USER, AUTHORIZED OR UNAUTHORIZED, CONSTITUTES YOUR UNDERSTANDING AND CONSENT TO THIS MONITORING, INTERCEPTION, RECORDING, READING, COPYING, OR CAPTURING AND DISCLOSURE.

Note: This system may contain Sensitive But Unclassified (SBU) data that requires specific data privacy handling.

**From:** notification@pay.gov <notification@pay.gov>
**Sent:** Wednesday, March 15, 2023 6:37:49 AM
**To:** luthmannrichard@gmail.com <luthmannrichard@gmail.com>
**Subject:** Pay.gov Payment Confirmation: FBI Debt Collection Management and Services

An official email of the United States government

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Accounts Receivable at 202-324-6685 or acctsrcvbl@fbi.gov.

Application Name: FBI Debt Collection Management and Services
Pay.gov Tracking ID: 274EQEIU
Agency Tracking ID: 76385496307
Transaction Type: Sale
Transaction Date: 03/15/2023 06:37:48 AM EDT
Account Holder Name: Richard Luthmann
Transaction Amount: $100.00
Card Type: MasterCard
Card Number: ************0920

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

---

UNITED STATES OF AMERICA,            2:22-cr-0021-SPC-NPM

-against-

RICHARD LUTHMANN,

        Defendant.

---

**CERTIFICATION OF SERVICE**

RICHARD LUTHMANN, of full age and sound mind, declares as follows under the penalties of perjury contained in the US Code:

1. I am the Defendant in the above-captioned matter.

2. I served the following parties with a copy of the enclosed Certification of Payment by hand delivering the papers to the person at the address designated by them for that purpose as indicated below:

Clerk of Court
U.S. Courthouse and Federal Building
2110 First Street
Fort Myers, Florida 33901

U.S. Attorney's Office
2110 First Street
Suite 3-137
Ft. Myers, FL 33901

U.S. Probation Office for the Middle District of Florida
US Courthouse and Federal Building
2110 First Street
Suite 4-182
Ft. Myers, FL 33901-3011

Dated: Naples, Florida
March 15, 2023

Respectfully submitted,

Richard Luthmann*

*Signed under penalties of perjury contained in Title 18 of the United States Code.