FILED

2023 APR 12 PM 12: 17

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

---

UNITED STATES OF AMERICA,

       -against-

RICHARD LUTHMANN,

       Defendant.

2:22-cr-0021-SPC-NPM

---

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that RICHARD LUTHMANN, the defendant in the above-captioned matter, appeals to the United States Court of Appeals for the Eleventh Circuit from the Opinion and Order of the United States District Court for the Middle District of Florida entered on March 15, 2023 (see the attached **EXHIBIT "A"**), from the entirety of the opinion and order and from every part of it based on the law and the facts and on important reasons including the Judgment of the United States District Court for the Eastern District of New York (see the attached **EXHIBIT "B"**), the law of the case (see the attached **EXHIBIT "C"**), and other legal reasons.

If jurisdiction has been divested of the United States District Court for the Middle District of Florida in favor of the United States Court for the Eastern District of New York, please treat this filing as a reservation of rights to ask the United States Court for the Eastern District of New York to reconsider the motion underlying the Court's Opinion and Order entered March 15, 2023, re-petition the Court for relief, or make my appeal to the United States Court of Appeals for the Second Circuit, as the case may be, as thirty (30) days from the opinion and order is a legally significant time, and I would like to act to preserve all of my rights.

1

Dated: Naples, Florida
      April 12, 2023,

Yours, etc.,

*[signature]*

Richard Luthmann
Defendant *Pro Se*
338 Sugar Pine Lane
Naples, FL 34108
(239) 631-5957

TO:    Clerk of Court
         U.S. Courthouse and Federal Building
         2110 First Street
         Fort Myers, Florida 33901

         U.S. Attorney's Office
         2110 First Street
         Suite 3-137
         Ft. Myers, FL 33901

         U.S. Probation Office for the Middle District of Florida
         US Courthouse and Federal Building
         2110 First Street
         Suite 4-182
         Ft. Myers, FL 33901-301

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

---------------------------------------------------------

UNITED STATES OF AMERICA,                    2:22-cr-0021-SPC-NPM

    -against-

RICHARD LUTHMANN,

        Defendant.

---------------------------------------------------------

## CERTIFICATION OF SERVICE

    RICHARD LUTHMANN, of full age and sound mind, declares as follows under the penalties of perjury contained in the US Code:

    1.    I am the Defendant in the above-captioned matter.

    2.    I served the following parties with a copy of the enclosed Notice of Appeal with exhibits by hand delivering the papers to the person at the address designated by them for that purpose as indicated below:

Clerk of Court
U.S. Courthouse and Federal Building
2110 First Street
Fort Myers, Florida 33901

U.S. Attorney's Office
2110 First Street
Suite 3-137
Ft. Myers, FL 33901

U.S. Probation Office for the Middle District of Florida
US Courthouse and Federal Building
2110 First Street
Suite 4-182
Ft. Myers, FL 33901-3011

1

Dated: Naples, Florida  
April 12, 2023

Respectfully submitted,

Richard Luthmann*

*Signed under penalties of perjury contained in Title 18 of the United States Code.