# FINANCIAL DISCLOSURE STATEMENT
## TO BE COMPLETED BY INDIVIDUAL DEFENDANT

## A. GENERAL INSTRUCTIONS - READ CAREFULLY

The information requested in the following form is to be submitted concerning a current case in connection with an asset investigation.   Prior to completing and submitting this form, you should discuss this matter and this form thoroughly with your own attorney.

The purpose of this form is to determine what assets you may have  or are in control of .  If you are married or have a live-in companion, you must list assets held by your spouse or companion, as well as yourself, and show whether each asset is owned individually or jointly.  By completing and signing this financial disclosure statement, you acknowledge that the information provided will affect action by the United States Department of Justice and further understand that any false answers can lead to the termination or nullification of any plea agreement ultimately reached and/or prosecution for false statements as provided under Title 18, United States Code, Section 1001 (maximum prison sentence of five (5) years and/or a fine of not more than $250,000).

Each separate question must be answered completely. If the answer is "none" you must state "none." Do not leave any question unanswered.  If there is insufficient space on the form, please attach additional sheets as necessary, and date and initial each additional page.

You must sign this page, date and initial each page, and sign page 15 and the accompanying Releases. Note the signature/initial line wherever the arrow ➔ appears.

## B. ACKNOWLEDGMENT, IF REPRESENTED BY COUNSEL - Signature Required

I _____ am _X_ am not (check one) represented by counsel in the collection of this debt.  If I am represented by retained or appointed counsel, I acknowledge having reviewed the foregoing instructions with my counsel.  My counsel's name is  Richard Lvthmann (self) .

**Date:** 3/15/2023

**Name:** Lvthmann     Richard     Albert

Last          First          Middle

➔ **Signature** _____

Authority for the solicitation of the requested information includes one or more of the following:  5 U.S.C. § 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. § 501 -530A; 28 U.S.C. § 1651, 3201 -3206; 31 U.S.C. § 3701 -3731; 44 U.S.C. § 3101; 4 C.F.R. § 101 -101.8; 28 C.F.R. § 0.160, 0.171 and Appendix to Subpart Y; 18 U.S.C.  § 3664(d)(3).

The principal purpose for gathering this information is to evaluate your ability to pay the government's claim or judgment against you. Routine uses of  the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register, Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at pages 12774.  Disclosure of the information is voluntary.  If the requested information is not furnished, the United States may seek disclosure through other means.

## FINANCIAL DISCLOSURE STATEMENT

### A. PERSONAL IDENTIFYING DATA

**1. FULL NAME:** LUTHMANN   RICHARD   ALBERT
(Last)   (First)   (Middle)

Circle appropriate title: Mr.   Ms.   Mrs.   Dr.   (Jr.)   III

**2. STATE ALL OTHER NAMES BY WHICH YOU HAVE EVER BEEN KNOWN.**

a. RICHARD LUTHMANN

b.

c.

| 3. YOUR DATE OF BIRTH MONTH/DAY/YEAR | 4. YOUR DRIVER'S LICENSE NO. AND STATE OF ISSUANCE. | 5. YOUR SOCIAL SECURITY NO. | 6. YOUR HOME TELEPHONE NUMBER | 7. YOUR CELLULAR TELEPHONE NUMBER |
|---|---|---|---|---|
| 11  08 /19 79 | No. L355-741-79-485- State FL | 131 62 4221 | 239 631-5957 | (here) |

**8. PRESENT HOME ADDRESS**

338 Sugar Pine Lane
Naples FL   Address 34108
State   Zip Code

**9. DATES OF RESIDENCE**

8 5 2021
to Present

**10. YOUR EMAIL ADDRESS**

RichardLuthmann@gmail.com
luthmann.richard@gmail.com

| EDUCATION | | Check all that apply | Location of School |
|---|---|---|---|
| **11. PROVIDE YOUR EDUCATIONAL BACKGROUND.** | Less Than 12 years | ✓ | Staten (Isl) NY |
| | High School Diploma or equivalent | ✓ | Staten Isl NY |
| | Vocational School | | |
| | College (provide degree or no. of years attended | ✓ | BA, New York, NY |
| | Post Graduate (provide degree of no. of years attended | ✓ | JD, New York, NY LLM - Miami, FL |
| | Vocational School | | |
| **12. PROFESSIONAL LICENSES:** | Type: NONE | Expiration Date: | |

### B. EMPLOYMENT INFORMATION

**13. FULL NAME OF PRESENT EMPLOYER:** None / Self

**14. OCCUPATION:** Writer / Journalist — National Writers Union Member

**15. DATES OF EMPLOYMENT: From:** ___/___/19___ to Present

**16. BUSINESS ADDRESS:** _____ State ___ Zip ___ Tel. No.(___) _____

**PREVIOUS EMPLOYER** (List all previous employers for past five (5) years.) Please include addresses and dates of employment.

None

Initials RL

| 17. COMPANY NAME: | Dates Employed: From: ____/____/19____ to____/____/19____ |
|---|---|
| OCCUPATION: | |
| ADDRESS: | STATE ____ ZIP_____ Telephone No.(_____)_____ |

| 18. COMPANY NAME: | Dates Employed: From: ____/____/19____ to____/____/19____ |
|---|---|
| OCCUPATION: | |
| ADDRESS: | STATE ____ ZIP_____ Telephone No.(_____)_____ |

| 19. COMPANY NAME: | Dates Employed: From: ____/____/19____ to____/____/19____ |
|---|---|
| OCCUPATION: | |
| ADDRESS: | STATE ____ ZIP_____ Telephone No.(_____)_____ |

| 20. COMPANY NAME: | Dates Employed: From: ____/____/19____ to____/____/19____ |
|---|---|
| OCCUPATION: | |
| ADDRESS: | STATE ____ ZIP_____ Telephone No.(_____)_____ |

**C. EARNINGS (SALARY, WAGES, COMMISSIONS, ETC.) AND BACKGROUND INFORMATION**

| 21. YOUR GROSS SALARY FROM YOUR PRESENT EMPLOYER. MARK ONE: a. Weekly ☐ b. Bi-Weekly ☐ c. Monthly ☐ | $ ∅ | d. YOUR TAKE HOME PAY. | $ ∅ |
|---|---|---|---|

| 22. ARE YOU CURRENTLY AN ACTIVE MEMBER OF THE ARMED FORCES, INCLUDING NATIONAL GUARD AND RESERVES? | Yes | |
|---|---|---|
| | No | ✗ |

a. IF YES, PLEASE GIVE THE NAME, ADDRESS AND TELEPHONE NUMBER OF YOUR UNIT AND HOW MANY YEARS REMINING IN YOUR ENLISTMENT.

| b. Unit | c. Term |
|---|---|
| N/A | N/A |

| 23. DO YOU HAVE ANY OTHER EARNED INCOME FROM ANY OTHER SOURCE OR BUSINESS? | Yes | ✓ |
|---|---|---|
| | No | |

a. IF YES, PLEASE IDENTIFY EACH SOURCE AND STATE YOUR MONTHLY GROSS EARNINGS (SALARY, WAGES, COMMISSIONS, ETC.) FROM EACH SOURCE.

| b. Source | c. Income |
|---|---|
| Registered agent. fees. | @ $500.00 Annually |
| Miscellaneous Work | @ $5000.00 Annually |
| | |
| | |
| | |
| | |

| 24. GARNISHMENT:  Are you or your spouse/companion's wages under garnishment at this time? | Yes | |
|---|---|---|
| | No | X |

**a. IF YES, PROVIDE SPECIFIC DETAILS.**

N/A

**25. LIST EACH PREVIOUS HOME ADDRESS** (Include all permanent or temporary residences and dates of occupancy for the last five (5) years.)

| a. Dates of residence: | Address | City | State | Zip Code |
|---|---|---|---|---|
| LSCI - Allenwood | | White Deer | PA | |
| **b. Dates of residence:** | Address | City | State | Zip Code |
| | | | | |
| **c. Dates of residence:** | Address | City | State | Zip Code |
| | | | | |
| **d. Dates of residence:** | Address | City | State | Zip Code |
| | | | | |

| 26. RENTAL AGREEMENT.  Do you or your spouse/companion rent the premises on which you live?  If YES, please complete the following: | Yes | |
|---|---|---|
| | No | X |

| a. Name of Landlord | b. Address/telephone number of Landlord | c. Payment Schedule (weekly, monthly, annually) | d. Rent Payment | e. Utilities included in rent | f. Deposit or other funds held by landlord |
|---|---|---|---|---|---|
| Claire Chesnoff | 338 Sugar Pine Lane Naples FL 34108 239-238-6928 | Household Contribution when I work | $ | | $ |

**27. MARITAL STATUS** (Mark one box to show your current marital status and provide information about your spouse(s) below.)

a. Never Married: ☐ b. Married ☐   c. Separated:☐   d. Legally Separated ☐   e. Divorced ☒   f. Widowed ☐

**28. NAME OF SPOUSE/COMPANION** _____ None _____

        (Last)           (First)         (Middle)

| a. SPOUSE/COMPANION'S DATE OF BIRTH Month/Day/Year | b. SPOUSE/COMPANION'S HOME TELEPHONE NUMBER | c. SPOUSE/COMPANION'S CELLULAR TELEPHONE NUMBER |
|---|---|---|
| ____/____/19____  None | ( )  None | ( )  None |
| **c. SPOUSE/COMPANION'S OCCUPATION** None | **d. BUSINESS TELEPHONE NUMBER** ( )  None | |

**29. SPOUSE/COMPANION'S EMPLOYER**

a. NAME _____ None _____

b. ADDRESS _____ STATE _____ ZIP _____ Telephone No. _____

➜  Initials RL

| 30. LIST NAME OF EACH FORMER SPOUSE AND DATES OF MARRIAGE(S) | DATES OF MARRIAGE |
|---|---|
| a. Name   Tammera Lynn Moore | From: 12 /24 2014 to ___ / 2019? |
| b. Name | From: ___ /___ /19__ to ___ /___ /19___ |
| c. Name          None | From: ___ /___ /19__ to ___ /___ /19___ |
| d. Name | From: ___ /___ /19__ to ___ /___ /19___ |

**31. DEPENDENT CHILDREN/RELATIVES** (List type of relationship and date of birth of each person listed.)

| a. Complete Name(s) | b. Relationship | c. Date of Birth | d. Cellular telephone number | e. Do these relatives reside with you. (Circle one) | |
|---|---|---|---|---|---|
| None | | | | YES | NO |
| | | | | YES | NO |
| | | | | YES | NO |
| | | | | YES | NO |
| | | | | YES | NO |
| | | | | YES | NO |

**32. CHILD SUPPORT PAYMENTS RECEIVED** – Do you or your spouse/companion receive child support payments?  If yes, complete the following:

| | |
|---|---|
| Yes | |
| No | |

| Name of dependent | Dependent's Date of Birth | Name of non-custodial parent | Name of Custodial Parent | List arrearage (if any) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CHILD SUPPORT PAYMENTS MADE** - Do you or your spouse/companion make child support payments? If yes, answer the following:

| | |
|---|---|
| Yes | |
| No | |

| Name of dependent | Dependent's Date of Birth | Name of non-custodial parent | Name of Custodial Parent | List arrearage (if any) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 33. Do you receive or expect to receive aid to families with dependent children, unemployment compensation or any other type of assistance from the United States, your own state, any other governmental agency or any other person?  If yes, list the source and amount. | | | |
|---|---|---|---|
| a. Source of Payment (name of person, state, etc.) | b. Program | c. Payment Amount | d. Payment schedule |
| EBT | FOOD Stamps | $281.00 | Monthly |
| | | | |

| 34.  Name of each bank, credit union and any other financial institution or company with which you, your spouse/companion, or any other person or entity associated with you have or have ever had any account at any time during the past five (5) years. | | | |
|---|---|---|---|
| a. Name of Financial Institution and Address | b. Name(s) on Account | c. Account No. and Type | d. Current Balance in Account |
| None | | | |
| | | | |

| 35.  SAVINGS BONDS:  Do you, your spouse/companion or your defendants own U.S. Savings Bonds?. | | | |
|---|---|---|---|
| a. Demonination of Bond | b. Name(s) on Bond | c. Purchase Date | d. Value |
| None | | | |
| | | | |
| | | | |
| | | | |

| 36.  INDIVIDUAL RETIREMENT ACCOUNT.  Do you or your spouse have any Individual Retirement Account ("IRA"), Keogh Account, other retirement account or savings, or any interest in any profit-sharing or pension plan?  If YES, please identify each account by name of financial institution, address, account number and name on account. | | | Yes |
|---|---|---|---|
| | | | No |
| a. Name of Financial Institution and address | b.  Name(s) on Account | c. Account No. And Type | d. Current Balance In Account |
| None | | | |
| | | | |
| | | | |

| 37.  SAFETY DEPOSIT BOXES: Do you, or your spouse, or any other person maintain or rent a safety deposit box in your name(s) or in any other name?  If YES, give name and address of banks(s) and name(s) utilized to open or maintain the safety deposit box(es). | | | Yes |
|---|---|---|---|
| | | | No |
| a. Name of Financial Institution and Address | b. Safety Deposit Box No. | c. Account No. | d. Type of Account |
| None | | | |
| | | | |

→  Initials RL

## D.  ASSETS AND LIABILITIES

| | | | Yes | |
|---|---|---|---|---|
| 38.  Do you or your spouse/companion  have any interest in any real estate anywhere in the world? (This includes any real estate currently being sold under contract.)  If YES, identify each real estate interest as stated below. | | | No | X |

| a.  Complete Address (Include State and County) | b.  Name on Deed | c.  Purchase Price | d.  Fair Market Value | e.  Balance Due on Mortgage | f.  Monthly Payment | g.  Date Mtg. Paid Off |
|---|---|---|---|---|---|---|
| *None* | | $ | $ | $ | $ | |
| | | $ | $ | $ | $ | |
| | | $ | $ | $ | $ | |

h.  Provide the name of the company  with whom your home is insured.
i.  Provide the address of your insurer.

j.  LEASEHOLD INTERESTS.  If any real estate holdings are income producing properties, identify tenants name and address and current lease terms.  Provide income statemens and/or tax returns for the last two years for each rental property.

Name on lease: *None*
Address: _____
City: _____  State _____
Zip: _____  TERM: _____

Name on lease: _____
Address: _____
City: _____  State _____
Zip: _____  TERM: _____

Name on lease: _____
Address: _____
City: _____  State _____
Zip: _____  TERM: _____

39.  Do you or your spouse/companion or dependents own or have possession of any automobiles, boats, aircrafts, other vehicles or mobile homes? If YES, specify as stated below.  NO

| a.   Description: Include Year, Make and Model | b.  Do you own the vehicle or property? | | c.  Purchase Price | d.  Loan Balance |
|---|---|---|---|---|
| | Yes | No | | |
| Automobile | | X | $ | $ |
| Automobile (2nd) | | X | $ | $ |
| Automobile (3rd) | | X | $ | $ |
| Boat | | X | $ | $ |
| Truck | | X | $ | $ |
| Recreational Vechicles (campers, Motor homes) | | X | $ | $ |
| Utility Trailer | | X | $ | $ |
| Any other vehicles (Including ATVs, Jet-Skis, snowmobiles) | | X | $ | $ |
| Aircraft | | X | $ | $ |
| Mobile Home | | X | $ | $ |
| Motorcycle | | X | $ | $ |

e.  Provide the name of the company(ies) with whom your vehicles are insured.   *None*

Provide the address(es) of the company(ies) with whom your vehicles are insured.   *None*

40. Do you or your spouse/companion or dependents own or have possession of any sporting goods?  If YES, specify as stated below. *NON*

| a.  Description:  Include Year, Make and Model | b.  Do you own the property? | | c.  Purchase Price | d.  Loan Balance |
| --- | --- | --- | --- | --- |
| | Yes | No | | |
| Guns | | X | $ | $ |
| Hunting Gear | | X | $ | $ |
| Recreational Equipment (pool table, pinball machine) | | X | $ | $ |
| Swimming Pool | | X | $ | $ |
| Jacuzzi/Hot Tub | | X | $ | $ |
| Sauna | | X | $ | $ |
| Any other equipment | | X | $ | $ |

41.  Do you or your spouse/companion or dependents own or have possession of any miscellaneous assets?  If YES, specify as stated below.

| a.  Description: | b.  Do you own the asset? | | c.  Purchase Price | d.  Loan Balance |
| --- | --- | --- | --- | --- |
| | Yes | No | | |
| Animals | | X | $ | $ |
| Season Tickets | | X | $ | $ |
| Time Shares | | X | $ | $ |
| E-Trade Accounts | | X | $ | $ |
| Retainers/Deposits/Advance Payments | | X | $ | $ |
| Mineral Interests | | X | $ | $ |
| Other (describe) *PrePaid Debit Card* | | X | $ 150.00 | $ 20.00 |

| 42.  SECURITIES:  Do you or your spouse own any Securities (bonds, stocks, mutual funds, etc.)?  If YES, please furnish the following information for each such asset. | | | Yes | |
| --- | --- | --- | --- | --- |
| | | | No | |

| a.  Name of Issuing Company | b.  Number of Units or Shares | c.  Fair Market Value | d.  Amount of Indebtedness |
| --- | --- | --- | --- |
| *None* | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| e.  Are you a member of any investment or barter trading clubs?  If yes, provide account statements for the last two years showing investments and current club value. | Yes | |
| --- | --- | --- |
| | No | X |

→   Initials *RL*

**43. GIFTS/TRANSFERS. Have you or your spouse transferred, sold, gifted, or in any other way disposed of any assets or property with a cost or fair market value of $300 or more at any time in the past three (3) years? If YES, please furnish the following information for each such asset.**

| | Yes | |
|---|---|---|
| | No | X |

| a. Description of Asset | b. Date of Transfer | c. Fair Market Value When Transferred | d. Amount Received | e. Name and Relationship of Transferee to Defendant |
|---|---|---|---|---|
| No | | $ | $ | |
| | | $ | $ | |
| | | $ | $ | |
| | | $ | $ | |

**44. RECEIVABLES Do you or your spouse or your companion have any accounts receivable or notes owed to you? If YES, specify as stated below.**

| | Yes | |
|---|---|---|
| | No | X |

| a. Account Name | b. Book Value | c. Liquidation Value | d. Amount of Indebtedness | e. Date, if Pledged |
|---|---|---|---|---|
| None | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |

**45. JUDGMENTS Do you or your spouse have any judgments owed to you? If YES, specify as stated below.**

| | Yes | |
|---|---|---|
| | No | |

| a. Amount of Judgment | b. Full Name of Debtor |
|---|---|
| No | |
| | |
| | |

**46. List all other forms of compensation which you or your spouse receive and which you have not already disclosed (including insurance annuity, disability benefits, lottery winnings, pensions, etc.)**

| a. Identify Source of Compensation | b. Schedule for Receipt (e.g., Weekly, Monthly) | c. Amount |
|---|---|---|
| None | | $ |
| | | $ |
| | | $ |
| | | $ |

**47. Does anyone or any entity owe any money to you or your spouse not previously disclosed? If yes, please state specific information listed below.**

| | Yes | |
|---|---|---|
| | No | X |

| a. Name of Person/Entity | b. Their Address | c. Date of Loan | d. Amount Owed |
|---|---|---|---|
| Potential Receivable Ask Attorney Lawrence Almagno | | | |
| In Lawsuit in New York | | | |
| See attached — US Gov't is Beneficiary | | | |

→ Initials RL

| 48. Do you or your spouse have any life insurance policy now in force with right to change beneficiary reserved? If YES, state specific information listed below. | | | | | | | Yes | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | No | X |

| a. Company Name | b. Policy Number | c. Amount of Policy | d. Present Cash Surrender Value Plus Accumulated Dividends | e. Policy Loan | f. Date Made | g. Premium Date | h. Amount of Payments Made |
|---|---|---|---|---|---|---|---|
| *None* | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 49. Do you or your spouse have any life insurance policy assigned or pledged on any indebtedness? | Yes | |
|---|---|---|
| | No | X |

If any of the policies listed in item 49, above, are assigned or pledged on indebtedness, except with insurance companies, give the following information about each policy:

| a. Policy Number | b. Name and Address of Pledge or Assignee | c. Amount of Indebtedness | d. Date, if Pledged |
|---|---|---|---|
| *None* | | | |
| | | | |
| | | | |

| 50. Do you or your spouse/companion or dependents own or have any ownership interest in any jewelry, antiques, precious metals, art objects, stamp or coin collections or other assets of any kind with a total value in excess of $500? If YES, state specific information listed below. | | | Yes | |
|---|---|---|---|---|
| | | | No | X |

| a. Asset | b. Date Acquired | c. Value at Acquisition | d. Present Value |
|---|---|---|---|
| *None* | | | |
| | | | |

| 51. Do you or your spouse/companion or dependents own any furniture and fixtures, including machinery or equipment? If YES, state specific information listed below. | | | Yes | |
|---|---|---|---|---|
| | | | No | X |

| a. Description | b. Purchase Price | c. Current Value | d. Amount of Indebtedness | e. Date, if Pledged |
|---|---|---|---|---|
| 1. Furniture and Fixtures (business) | $ *None* | $ | $ | |
| 2. Furniture (household/residence) | $ | $ | $ | |
| 3. Machinery (specify type) | $ | $ | $ | |
| 4. Equipment (specify type) | $ | $ | $ | |
| Total | $ | $ | $ | |

| 54. Are you the grantor or donor of any trust, or the trustee or fiduciary for any trust? If YES, please furnish a copy of the instrument creating the trust and give present value of corpus of trust, and any other pertinent information. | Yes | X |
|---|---|---|
| | No | |

| a. Trust | b. Value of Trust |
|---|---|
| *See attached* | Ø |

| 55. Have you any other assets or any interest in assets, either actual or contingent, other than those previously identified here? If YES, please describe each such asset including present value. | Yes | |
|---|---|---|
| | No | X |

| a. Description | b. Present Value |
|---|---|
| None | NA |

| 56. Are foreclosure proceedings pending on any real estate which you own or have an interest in? | Yes | |
|---|---|---|
| | No | X |

If YES, please give location of real estate, court caption and case number of foreclosure proceedings.

a. Court Caption: _____ Case No. _____
   Location: _____

b. Court Caption: _____ Case No. _____
   Location: _____

c. Court Caption: _____ Case No. _____
   Location: _____

N/A

| Was the Government made a party to any such foreclosure suit? If YES, please describe. | Yes | |
|---|---|---|
| | No | X |

N/A

| 57. Do you have any bankruptcy or receivership proceedings pending? Have you filed any bankrutpcy proceeding in the last 7 years? If YES, list court caption and case number of all pending cases. | Yes | |
|---|---|---|
| | No | X |

a. Court Caption: _____ Case No. _____
   Location: _____ Date Closed (if applicable) _____

b. Court Caption: _____ Case No. _____
   Location: _____ Date Closed (if applicable) _____

c. Court Caption: _____ Case No. _____
   Location: _____ Date Closed (if applicable) _____

N/A

**58. What is the prospect of an increase in value of your assets or your present income? (Please give a general statement.)**

None. The federal District Court says I cannot work as a Writer/Journalist until 8/5/2024. I have physical, mental and emotional Disabilities. I am applying for federal Disability. I have two replaced hips and several herniated disc issues.

→  Initials  RL

| 52. STATEMENT OF YOUR INCOME | Per Pay Period | This Year to Date | Last Year Total |
|---|---|---|---|
| a. Gross Income | $ | $ | $ |
| b. Salaries, Wages, Commissions | $ / | $ / | $ |
| c. Dividends | $ / | $ / | $ |
| d. Interest | $ / | $ / | $ |
| e. Income from business or profession | $ 100 | $ 500 | $ 5000 |
| f. Partnership income | $ / | $ | $ |
| g. Capital Gains or Losses (from Schedule D, Form 1040) | $ / | $ / | $ |
| h. Annuities and pensions | $ / | $ / | $ |
| I. Rents and royalties | $ / | $ / | $ |
| j. Income from estates and trusts | $ / | $ / | $ |
| k. Total Gross Income | $ 100 | $ 600 | $ |
| l. Federal Income Tax Itemized Deductions | $ 100 / Std Ded. | $ STD. Ded. | $ Standard Ded |
| m. Contributions | $ | $ | $ |
| n. Interest Paid | $ / | $ / | $ / |
| o. Taxes Paid | $ — | $ / | $ / |
| p. Casualty Losses (by fire, storm, etc.) | $ / | $ / | $ / |
| q. Bad Debts | $ / | $ / | $ / |
| r Depreciation | $ / | $ . | $ / |
| s. Total Deductions | $ / 100 | $ / 600 | $ / 5000 |
| t. Net Income (loss) | $ 0 | $ 0 | $ 0 |
| u. Nontaxable income | $ 100 | $ 600 | $ 5600 |
| v. Total Net Income | $ 0 | $ 0 | $ 0 |

**53.** Have you any inheritance, life interest or remainder interest, either vested or contingent, in any trust or estate, or are you a beneficiary of any trust or estate?   If YES, please furnish a copy of the instrument creating the trust or estate and also, give the following information.

| Yes | X |
|---|---|
| No | |

| a. Name of Trust or Estate | b. Present Value of Assets | c. Value of Your Interest | d. Annual Income Received from this Source |
|---|---|---|---|
| | $ 0 | $ 0 | $ 0 |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |

| 59. Are you a party to any civil lawsuit now pending?  If YES, please describe each such lawsuit by court name and case number. | Yes | X |
| --- | --- | --- |
| | No | |

| a. Court Caption: | LUTHMAN Law Firm v. Kemollah Henly et al | Case No. | |
| --- | --- | --- | --- |
| Location: | | | |

| b. Court Caption: | Luthman Lmw Firm v. Ronald Constalier etal | Case No. | |
| --- | --- | --- | --- |
| Location: | | | |

| c. Court Caption: | | Case No. | |
| --- | --- | --- | --- |
| Location: | | | |

| 60. Is anyone holding any money or other property of any kind on your behalf or for you? | Yes | |
| --- | --- | --- |
| | No | X |

If YES, please identify each person by name and address and amount of money or other property being held for you.

| a. Name | b. Address | c. Amount of Money/or Value of Property Being Held For You. |
| --- | --- | --- |
| None | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| 61. Do you receive, or under any circumstances expect to receive, any benefits from a claim for compensation or damages?  If YES, please identify in specific detail. | Yes | |
| --- | --- | --- |
| | No | X |
| | | |
| | | |
| | | |

| 62. Did you file a federal income tax return last year? | Yes | X | Joint | |
| --- | --- | --- | --- | --- |
| | No | | Individual | |

| Please attach complete copies of each federal income tax return you filed for the last three (3) years. Mark yes or no to indicate whether copies of your tax returns are attached as required. | Yes | X |
| --- | --- | --- |
| | No | |
| 63. Has the IRS audited any of your tax returns? | Yes | |
| | No | X |
| 64. Are your federal taxes current? | Yes | N/A |
| | No | X |
| 65. Do you anticipate receiving or have received within the last six (6) months  a tax refund from any entity? | Yes | |
| | No | X |

| a. If YES, list from whom and the amount of each refund. | b. Amount of Refund | |
| --- | --- | --- |
| None | $ | None |
| | $ | |
| | $ | |

| 66. CREDIT CARDS: Do you have any credit card, charge account or line of credit? | Yes | |
|---|---|---|
| | No | ✗ |

If yes, please identify each type of account or credit/charge card, the name and address of the issuer, the credit limit, amount owed and the minimum monthly payment.

| a. Type of Account or Card | b. Name and Address of Issuer | c. Credit Limit | d. Amount Owed | e. Minimum Monthly Payments |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 67. OUTSTANDING LOANS: Do you have any outstanding loans payable to banks, finance companies, etc? | Yes | |
|---|---|---|
| | No | ✗ |

If yes, please identify each type of account, the name and address of the issuer, the credit limit, amount owed and the minimum monthly payment.

| a. Type of Account | b. Name and Address of Institution | c. Credit Limit | d. Amount Owed | e. Minimum Monthly Payments |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

| 68. JUDGMENTS Do you or your spouse have any judgments against you?  If YES, specify as stated below. | Yes | |
|---|---|---|
| | No | |

| a. Amount of Judgment | b. Full Name of Creditor |
|---|---|
| $600,000 | US Govnmnt - Restitution |
| $136,000 | US Govnmnt - Forfeiture |
| $200,000 | US Govnmnt - Taxes |
| $100,000 | NYS - Taxes |

| 69. OTHER ASSETS: Do you own or control any asset or thing of value, including cash or any certificate of deposit or other instrument or account, not previously disclosed with a value in excess of $300? | Yes | |
|---|---|---|
| | No | ✗ |

If yes, please identify each such asset or thing of value and state the worth of each and its present location.

| a. Asset | b. Current Value | c. Location |
|---|---|---|
| None | | |
| | | |
| | | |

→   Initials RL

**70. PRESENT FINANCIAL NEEDS**

In order to help determine your financial needs as well as those of your dependents, provide the following information as to present monthly income and expenses.

| EARNINGS/OTHER INCOME | Yours | Spouse | Total | | MONTHLY EXPENSES | |
|---|---|---|---|---|---|---|
| a. Net salary | NONE | None | None | | a. Home Rent or Mortgage | 400.00 |
| b. Overtime | 0 | | 0 | | b. Utilities: Electric | |
| c. Part-time job | | | | | Heating Oil/Gas/Wood | |
| d. Commission | | | | | Water/Sewer | |
| e. Net profit from business | 200 | | 200 | | Telephone | |
| f. Net rental income | | | | | Cell Phones | |
| g. Pension | | | | | c. Groceries | 281.00 |
| h. Social Security | | | | | d. Insurance: | |
| I. Interest | | | | | Auto | |
| j. Dividends | | | | | Health | |
| k. Alimony/Child support | | | | | Life | |
| l. Income of other dependents | | | | | Homeowners/renters | |
| m. Social Services | | | | | e. Minimum installment payments | |
| n. Food Stamps | 281 | | 281 | | f. Transportation | 50.00 |
| o. Benefits from the U.S. | | | | | g. Medical | 5.0.00 |
| p. Disability Compensation | | | | | h. Clothing | |
| q. Military Pay | | | | | i. Alimony | |
| s. Income from relatives | | | | | j. Daycare/Babysitting | |
| t. Other (lottery winnings, royalties, user fees, tax refunds, etc.) | | | | | k. Cable TV/Satellite System | |
| | | | | | l. Tuition (college/private) | |
| | | | | | m. Child Support | |
| | | | | | n. Entertainment | |
| | | | | | o. Personal Care/Hygiene | 20.00 |
| | | | | | p. Dry Cleaning/Laundromat | |
| | | | | | q. Gifts | |
| | | | | | r. Newspaper/Magazines | |
| | | | | | s. Tobacco | |
| | | | | | t. Internet Access | |
| | | | | | u. Organization/Health Club | |
| | | | | | v. Veterinary Fees | |
| | | | | | w. Charitable contributions | |
| | | | | | x. Other | |
| | | | | | y. Other | |
| l. TOTAL | 481 | | 481 | | z. Other | |

Initials RL

*Explain fully here any unusual, recurring monthly expenses you have for yourself or any dependent.

None

---

**71.  Criminal Activity**

How long were you engaged in the criminal activity to which you pled guilty?

Never. I declared Actual Innocence. I plead guilty so they wouldn't Send me away forever. See my Receipt

Did you make any gains or profits from the criminal activity?  If no, why not?

Nope. The Government's case was all bullshit. My Clients Plea Robbed the money. I never Saw any of it.

Where did you deposit and/or spend the illegal gains and profits?  List specifically what property you purchased (i.e., cars, jewelry, guns).

Never Made Money.

Name the bank(s), account name(s), and account number(s) where illegal gains and profits were deposited and from which they were spent.

Ask The Government. I have no records.

Specifically, identify the location of other gains and profits which were made.

None

How much did you win gambling with your illegal profits?

None

---

**72.  Pursuant to the instructions to this Financial Disclosure Statement, I have attached additional pages to complete this document.**

| | Yes | X |
|---|---|---|
| | No | |

If YES, there are ⑦ (insert number) of supplemental pages attached to this Financial Disclosure Statement.

---

## C.  DECLARATION UNDER PENALTY OF PERJURY - Signature Required

With knowledge of the maximum penalties for false statements provided by Title 18 U.S.C.  § 1001 {five (5) years imprisonment and/or a fine of not more than $250,000} and with  the knowledge that this financial disclosure statement is submitted by me to affect action by the United States Department of Justice, I certify that the above responses are all  true and correct and represent that this is a complete statement of all my income, assets  and liabilities, real and personal, either held in my name or by any others, as well as expenses as of this date.

➡ Date: 3/15/20__  Signature: _____

### 77. AUTHORITY TO RELEASE INFORMATION

**TO WHOM IT MAY CONCERN:**

In connection with the financial investigation being conducted by the UNITED STATES ATTORNEY, I hereby authorize any authorized representative or agent of the UNITED STATES ATTORNEY bearing this release, or copy thereof, within five years of its date, to obtain any information in your files pertaining to my employment, military, credit or educational records, including, but not limited to, academic achievement, attendance, athletic, personal history, and disciplinary records, medical records, credit records, financial records, city, state, and federal tax records, returns and supporting documentation; bank records or records of any financial institution or entity; and records maintained by any city, county, state, or federal agency.  I hereby direct you to release such information upon request of the bearer.

This release is executed with full knowledge and understanding that the information will be used in connection with the consideration of my liability on a debt claimed by the UNITED STATES and my financial ability to pay said debt and/or to determine what income and assets I may have available to contribute toward restitution, fines and forfeitures of any nature, and that the information will be disseminated only to those individuals or agencies directly involved in this determination or to fulfill other obligations imposed by law, regulation or presidential directive or executive order.

I hereby release you, as the custodian of such records, and school, college, university or other educational institution, financial institution, hospital, or other repository of medical records, credit bureau, lending institution, consumer reporting agency, retail business establishment, or public agency, including its officers, employees, or related personnel, both individually and collectively, from any and all liability for damages of whatever kind, which may at any time result to me, my heirs, family or associates because of compliance with this authorization and request to release information, or any attempt to comply with it. Should there be any question as to the validity of this release, you may contact me as indicated below.

a. FULL NAME: _____   _____   _____
(Last)                          (First)                         (Middle)

➡ Date: 3 / 15 / 2023              Signature: _____

### 74. AUTHORITY TO RELEASE INFORMATION

I hereby authorize the United States Attorney's Office to speak to the following individuals regarding this debt. If this release is not provided, the United States Attorney will not answer questions nor provide any information to any other party in this matter.

a. FULL NAME: _Littmann_ (Last)   _Richard_ (First)   _Albert_ (Middle)

➡ 3/15/2023
Date

_[signature]_
Signature

### 75. AUTHORITY TO OBTAIN CREDIT REPORT

I hereby authorize the United States Attorney's Office to obtain a credit report at any time. I understand that my signature below allows the United States to use a credit report for identifying information as well as for collection of any debt. This permission is given to the United States pursuant to 15 U.S.C. § 1681b. That statute provides authority for a credit reporting agency to furnish my consumer report with my written permission.

NAME: _Littmann_ (Last)   _Richard_ (First)   _Albert_ (Middle)

➡ 3/15/2023
Date

_[signature]_
Signature

### 76. SPOUSE/COMPANION AUTHORITY TO RELEASE INFORMATION

I certify that I am the spouse/companion of the debtor in this case. By signature below, I am granting the United States the permission to **obtain a copy of my cedit report to verify financial information and assist in the collection of the debt of this case.**

a. FULL NAME: NONE
(Last)   (First)   (Middle)

➡ b. SIGNATURE. OF SPOUSE/COMPANION ___NONE___

c. DATE OF BIRTH ____/____/____

d. ADDRESS:_____ STATE_____ ZIP_____

e. SOCIAL SECURITY NO. ____/____/____   f. TELEPHONE NUMBER (___)_____

➡ Initials _RL_



RL
3/15/23



RL
3/05/23

FILED: NEW YORK COUNTY CLERK 03/03/2023 09:30 AM
NYSCEF DOC. NO. 1

INDEX NO. 651123/2023
RECEIVED NYSCEF: 03/03/2023

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
RICHARD A. LUTHMANN and LUTHMANN                    Index No.:
LAW FIRM PLLC, f/b/o creditors including the
United States and its taxpayers,                    **SUMMONS WITH
                                                    VERIFIED COMPLAINT**

                                    Plaintiff(s),

        -against-

KAMILLAH M. HANKS a/k/a NEW YORK CITY                **JURY TRIAL DEMANDED**
COUNCIL MEMBER KAMILLAH M. HANKS,
KAMILLAH HANKS CAMPAIGN COMMITTEE
 a/k/a KAMILLAH HANKS 2017, KEVIN LOVE a/k/a
KEVIN BARRY LOVE a/k/a KEVIN BARRY,
individually and as agent-in-fact for KAMILLAH M.
HANKS and KAMILLAH HANKS CAMPAIGN
COMMITTEE, NEW YORK CITY CAMPAIGN
FINANCE BOARD, and NEW YORK CITY BOARD
OF ELECTIONS,

                                    Defendant(s).
-------------------------------------------------------------------X

        Plaintiff designates New York County as the place of trial.  The basis of the venue is the
accrual of the cause of action, the presence of defendants, and the performance of the contract in
New York County.

**TO THE ABOVE-NAMED DEFENDANT(S):**

        **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve
a copy of your answer on the Plaintiff's attorney within twenty (20) days after the service of this
summons, exclusive of the day of service or within thirty (30) days after the service is complete if
this summons is not personally delivered to you within the State of New York and in case of your
failure to answer, judgment will be taken against you by default for the relief demanded in the
annexed complaint with interest from the date the cause of action arose, costs, disbursements,
punitive damages, and attorneys' fees.

Dated:   New York, New York
         March 2, 2023,
                                            Yours, etc.,

                                            ALMAGNO LAW, INC.

                                            _____  RC
                                            Lawrence P. Almagno, Jr., Esq.   3/15/23

                                    1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
------------------------------------------------------------------X
RICHARD A. LUTHMANN and LUTHMANN                    Index No.:
LAW FIRM PLLC, f/b/o creditors including the
United States and its taxpayers,                    **SUMMONS WITH
                                                    VERIFIED COMPLAINT**
                                Plaintiff(s),

       -against-

RONALD CASTORINA, JR., aka NEW YORK                 **JURY TRIAL DEMANDED**
STATE SUPREME COURT JUSTICE RONALD
CASTORINA, JR., and RONALD CASTORINA, JR.,
CAMPAIGN COMMITTEE aka CASTORINA FOR
ASSEMBLY, and NEW YORK STATE BOARD OF
ELECTIONS,

                                Defendant(s).
------------------------------------------------------------------X

       Plaintiff designates Albany County as the place of trial.  The basis of the venue is the
accrual of the cause of action, the presence of defendants, and the amenability of the Defendants
in Albany County.

**TO THE ABOVE-NAMED DEFENDANT(S):**

       **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve
a copy of your answer on the Plaintiff's attorney within twenty (20) days after the service of this
summons, exclusive of the day of service or within thirty (30) days after the service is complete if
this summons is not personally delivered to you within the State of New York and in case of your
failure to answer, judgment will be taken against you by default for the relief demanded in the
annexed complaint with interest from the date the cause of action arose, costs, disbursements,
punitive damages, and attorneys' fees.

Dated:  New York, New York
        March 8, 2023,                    Yours, etc.,

                                          ALMAGNO LAW, INC.

                                          Lawrence P. Almagno, Jr., Esq.


                                          Attorneys for Plaintiff            RL
                                          43 W. 43rd Street, Suite 169      3/15/23

                          1

# *my* Social Security

Richard A. Luthmann, Jr.

**My Home**    Message Center    Security Settings

## Earnings Record

### Social Security Statement

**Your benefits are based on your earnings.** If our records are wrong, you may not receive all the benefits to which youre entitled.

˅ Review your earnings record carefully...

˅ Limits on taxable earnings for Social Security...

˅ Contact us about errors...

> If you made any adjustments to your earnings record when filing your claim or appeal, the information below may not yet reflect your changes.

**Navigation**

Overview

**Earnings Record**

Replacement Documents

| Work Year | Taxed Social Security Earnings | Taxed Medicare Earnings |
|---|---|---|
| 2021 | Not yet recorded | Not yet recorded |
| 2020 | $0 | $0 |
| 2019 | $0 | $0 |
| 2018 | $0 | $0 |
| 2017 | $25,500 | $25,500 |
| 2016 | $118,500 | $124,438 |
| 2015 | $118,500 | $159,201 |
| 2014 | $117,000 | $123,272 |
| 2013 | $0 | $0 |
| 2012 | $0 | $0 |
| 2011 | $11,794 | $11,794 |





Social Security Statement, Earnings Record, My Home, my Social Security

| Work Year | Taxed Social Security Earnings | Taxed Medicare Earnings |
| --- | --- | --- |
| 2010 | $64,976 | $64,976 |
| 2009 | $0 | $0 |
| 2008 | $1,218 | $1,218 |
| 2007 | $15,274 | $15,274 |
| 2006 | $82,252 | $82,252 |
| 2005 | $33,898 | $33,898 |
| 2004 | $4,576 | $4,576 |
| 2003 | $624 | $624 |
| 2002 | $0 | $0 |
| 2001 | $0 | $0 |
| 2000 | $1,039 | $1,039 |
| 1999 | $0 | $0 |
| 1998 | $1,536 | $1,536 |

## Estimated Total Taxes Paid

| **For Social Security** | | **For Medicare** | |
| --- | --- | --- | --- |
| Paid by you: | $37,587 | Paid by you: | $9,609 |
| Paid by your employers: | $36,156 | Paid by your employers: | $9,219 |





IRS  DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  09-20-2022

Employer Identification Number:
92-6063385

Form:  SS-4

Number of this notice:  CP 575 B

2022 RAL IRRV TR
LAURA ALMAGNO TTEE
10 RANGELEY RD
CRANSTON, RI  02920

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

        Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 92-6063385.  This EIN will identify your estate or trust.  If you are not the
applicant, please contact the individual who is handling the estate or trust for you.
Please keep this notice in your permanent records.

        Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when
another person has stolen their identity and are opening a business using their information.
If you did **not** apply for this EIN, please contact us at the phone number or address listed
on the top of this notice.

        When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as shown
above. Any variation may cause a delay in processing, result in incorrect information in
your account, or even cause you to be assigned more than one EIN.  If the information is
not correct as shown above, please make the correction using the attached tear-off stub
and return it to us.

        Based on the information received from you or your representative, you must file
the following forms by the dates shown.

                Form 1041                        04/15/2023

        If you have questions about the forms or the due dates shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

        We assigned you a tax classification (corporation, partnership, estate, trust, EPMF,
etc.) based on information obtained from you or your representative.  It is not a legal
determination of your tax classification, and is not binding on the IRS.  If you want a
legal determination of your tax classification, you may request a private letter ruling
from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or
superseding Revenue Procedure for the year at issue).  Note: Certain tax classification
elections can be requested by filing Form 8832, *Entity Classification Election*.
See Form 8832 and its instructions for additional information.

RL
3/15/23