UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD LUTHMANN,

    Plaintiff,

v.                                                Case No. 2:21-cv-716-JES-NPM

THE FEDERAL BUREAU OF
INVESTIGATION,

    Defendant.

## ORDER

Before the Court is Plaintiff Richard Luthmann's Affidavit of Indigency (Doc. 2) and construed Motion to Proceed in Forma Pauperis (Doc. 3). The Court has carefully reviewed the Complaint (Doc. 1), the Affidavit (Doc. 2), and the construed Motion (Doc. 3) pursuant to 28 U.S.C. § 1915 and finds Plaintiff qualifies to proceed in forma pauperis, which is without prepayment of fees.

**IT IS HEREBY ORDERED**:

1) The construed Motion to Proceed in Forma Pauperis (Docs. 2, 3) is **GRANTED**.

2) The Clerk of Court is directed to file all pleadings in this action without prepayment of fees or costs.

3) The Clerk of Court is directed to provide Plaintiff with one set of the following service forms: Notice of Lawsuit and Request for Waiver of Service of Summonses, Waiver of Service of Summonses, Summonses, and U.S. Marshals Form 285.

4) Plaintiff shall have **THIRTY (30) DAYS** from the date of this Order to prepare and forward the completed service documents along with one copy of the Complaint to the Clerk for service by the United States Marshals Service. Upon receipt of appropriate instructions in proper form from the Clerk, the United States Marshals Service is directed to effect service of process without prepayment of fees or costs.

5) Failure to provide these documents within the time period ordered above may result in a dismissal of this action.

**ORDERED** in Fort Myers, Florida on October 1, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE