UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 2:22-cr-21-SPC-NPM

RICHARD LUTHMANN

_____

**ORDER**[1]

Before the Court is pro se Defendant Richard Luthman's Notice of Appeal (Doc. 17) and request to proceed on appeal in forma pauperis ("IFP") (Doc. 18). Luthman seems to want to appeal the Court's decision to deny his request to travel and end his supervised release term (Doc. 16) but says he cannot pay the filing fee to do so. So he asks this Court to move forward on appeal paying no fees.

Federal Rule of Appellate Procedure 24 governs proceeding in forma pauperis on appeal. It says the party seeking to appeal IFP must attach an affidavit that:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
>
> (B) claims an entitlement to redress; and

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

> (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).  The statement lets the district court decide whether the appeal is frivolous or not taken in good faith.  *See, e.g.*, *Jones v. Bank of Am.*, No. 2:18-cv-649-FtM-38UAM, 2019 WL 11504737, at *1 (M.D. Fla. Apr. 24, 2019).

Here, Luthman has filed no affidavit per Rule 24(a).  In fact, he filed the wrong form—the Application to Proceed in *District Court* Without Prepaying Fees or Costs, rather than the form for appeals.  (Doc. 17 (emphasis added)).  And that's problematic because he doesn't specify the issue(s) he wants the Eleventh Circuit to hear so this Court can decide whether his appeal is frivolous or taken in good faith.  The Court thus denies his request.

Accordingly, it is now

**ORDERED:**

Defendant Richard Luthman's pro se request to proceed on appeal in forma pauperis (Doc. 18) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on April 19, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:     Defendant Richard Luthman

Counsel of Record