# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 31, 2023

Clerk - Middle District of Florida
U.S. District Court
U.S. Courthouse and Federal Building
2110 1ST ST
FORT MYERS, FL 33901

Appeal Number: 23-11230-G
Case Style: USA v. Richard Luthmann
District Court Docket No: 2:22-cr-00021-SPC-NPM-1

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Richard Luthmann failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in this court and failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-11230-G
_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

versus

RICHARD LUTHMANN,

                              Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Richard Luthmann failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in this court and failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules..

Effective May 31, 2023.

                              DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                              FOR THE COURT - BY DIRECTION