

**Richard A. Luthmann**
338 Sugar Pine Lane
Naples, FL 34108
Tel: (239) 631-5957
richard.luthmann@gmail.com

<u>Via U.S. Mail</u>

July 28, 2023

Administrative Office of the
United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

      RE:   U.S. v. Luthmann, 2:22-cr-0021-SPC-NPM
              Middle District of Florida
              Violations by the U.S. Probation Office

Dear Sir or Madam:

My personal attorney Stephanie A. Jones, Esq., is copied hereto, as well as the U.S. Attorney for the Middle District of Florida.

I wanted to place on the record what I am now informed are disturbing violations by the U.S. Probation Office for the Middle District of Florida. I believe my constitutional rights have been harmed.

This letter is about my ability to practice journalism, engage in the free expression and dissemination of opinion and satire, enforce my valuable property rights, petition the courts for redress, and enjoy all my constitutional and other legal rights - without targeted tortious interference and civil rights violations by the U.S. Probation Office for the Middle District of Florida.

<u>Background</u>

I have serious physical, mental, emotional, and legal disabilities. I am trying to earn a living. I am trying to practice journalism, which I am informed the Constitution of our republic says anyone may do without interference from the Government. I am trying to collect valid debts. I am trying to repay certain monies owed to the United States and its taxpayers.  However, I have been improperly stifled by the U.S. Probation Office for the Middle District of Florida.

I tried to learn journalism from one of the best, Frank Parlato. I came to know him in the fall of 2022 and began working closely with him. I started working for him for the

1

Frank Report (www.frankreport.com) as an unpaid intern. He was showing me the ropes, and I was trying to learn the craft and trade of investigative journalism. I had recently left federal custody.

I started reporting about shady characters on the Frank Report. I wrote articles about perjurious Judge Ronald Castorina and Crooked Special Prosecutor Eric Nelson, who had a disbarred felon advising him to violate criminal defendants' rights.

I wrote about deadbeat NYC Councilwoman Kamillah Hanks and her "tough-guy" millionaire husband, Kevin Barry Love.

I wrote articles about CT Attorney Ed Nusbaum and CT "psychopath" Christopher Ambrose, and others.

I wrote about my time in prison and the people I met. I also covered courts and legal journalism related to the NXIVM case.

At all times, I reported true facts and gave my unabashed opinions.

But evidently, my free speech and practice of journalism are no longer protected in America. Particularly when you tell the truth about things the Government does not want to publicize, particularly their "protected people."

<u>Who is Richard Luthmann?</u>

I was formerly an attorney and the Law Chair of the New York State Reform Party. We were on the fifth ballot line in NYS politics, upsetting the apple cart. A case in point was our line was the difference that ousted Queens Dem Party Boss Joe Crowley's niece from NYC Council in 2017.

I also pissed off Hillary Clinton with a "November Surprise" lawsuit filed against NBC Universal one week before the 2016 election. A client wore a shirt that said, "BILL CLINTON IS A RAPIST." He was manhandled and ousted from 30 Rock. I sued on his behalf, defending his right to hold his opinions – in this case, based on truth and fact – and be treated like a gentleman. **See the attached Exhibit "A."**

I was a nemesis of Former Congressman and Richmond County District Attorney Michael E. McMahon. I played dirty political tricks on him to get the truth out. He and his Judge wife were involved in steering cases and padding prosecution stats. I still have the tapes that prove it. Because of my allegations, she was forced to resign as the Administrative Justice for the 13th Judicial District. McMahon admitted that my indictment and arrest was the only thing that stopped my "reign of terror" against corrupt hacks. I don't think Mike McMahon is a bad guy, but his wife is a piece of work.

I pissed off a lot of political people, a lot of Democrats, and they got together and had a "contract" put in for me in the EDNY. I spent four years in federal prison. I filed a

Reservation of Rights and Declaration of Actual Innocence on the docket in my EDNY case. I am fighting that conviction because of substantial Government misconduct.

The local Staten Island, New York DA also arranged my prosecution for "Fake Facebook" pages targeting politicians. My activity was all protected political satire, and there was egregious conduct by the People in that case as well. I am fighting that case as well.

### The U.S. Probation Office Violates My Rights At the Direction of the "Elites"

Everything I worked for was taken away. I need a new craft and new trade. Because of my limitations, desk work is all I can do. Frank Parlato offered me a chance at a craft - he would teach me investigative journalism.

I joined the National Writers Union, and I began writing. Things were going well. Frank Parlato was about to put me on the payroll. And then the Government stepped in.

The US Probation Office for the Middle District of Florida received complaints that I was "slandering" and "libeling" people. They told me I could not write or publish anymore. They told me not to affiliate with Frank Parlato because he was a criminal.

They told me I didn't have a right to express my opinions. They presented me with a document where they wanted me to agree to waive my rights to free speech. **See Exhibit "B."**

I will repeat this. U.S. Probation, an arm of the U.S. Courts, wanted me to agree not to engage in any speech because select and favored people complained to the Government:

> "You must cease and desist making slanderous and libelous statements about other people, specifically Chris Ambrose, Kamillah Hanks, Kevin Love and Ronald Castorina."

These were all the people I wrote about for the Frank Report. Castorina, Love, and Hanks owe me collectively over $150,000. I am owed over $500,000, and all proceeds will go to the U.S. Taxpayer.

I was told Castorina, Hanks, and Love all called the FBI and U.S. Probation Department to use the Government to stifle my protected speech and property rights. The Probation Department told me to stop my collections lawsuits. **See Exhibit "C."**

U.S. Probation called my collections attorneys and told them that the U.S. Probation Office had to conduct an "appropriateness review" before I could seek redress in the state or federal courts to collect debts. **See Exhibit "D."** The collections lawyers dropped my pending cases without my consent and even a prior phone call or a letter for fear of "retribution" against them.

In shades of Michael Avenatti's infamous extortion call to Nike, Kevin Barry Love made threatening phone calls to my lawyers, smacking of interstate menacing. **See Memo sent to Law Enforcement - Exhibit "E."** One of the lawyers said, "I don't want them doing to me what they do to Trump's lawyers," apologizing for dropping my case without telling me because of the "Government heat."

I have recently discovered that statements made to coax law enforcement action were dishonest and in violation of 18 U.S.C. § 1001. Based on the false statements made, I am informed by my new attorney that US Probation Officers tortiously interfered with my collections contract to collect over $500,000 in debts.

The Probation Officers also violated my civil rights by causing a *de facto* taking. I emailed the US Attorney's Office to see about availability to schedule a hearing (to which I am entitled). I was promptly met with an email from US Probation directing me not to petition the District Court for the redress of grievances until I had their approval. **See Exhibit "F."** That was months ago.

Christopher Ambrose did one better. He called the cops to have me investigated for "libel," which is actually a crime on the books in Florida. When I went in to meet the Collier County Sheriff's Deputy, her jaw literally dropped once I showed her materials including some of the evidence attached hereto. Not only did Christopher Ambrose cause a huge waste of police time and resources, but he had no problem with improperly causing a chilling effect on the press. I'm not even sure the Florida criminal libel statute would withstand First Amendment scrutiny.

## Legal Opinion

I sought legal opinion from a trusted attorney, Stephanie A. Jones, Esq. In sum and substance, her opinion stated:

- The multitude of US Probation Office's (USPO) written and verbal directives have been patently illegal and unconstitutional, legal nullity, and can be flatly ignored.

- The USPO's attempt to silence Mr. Luthmann's journalism in light of his articles critical of federal prisons, criminal justice, and the government smacks of impermissible viewpoint discrimination. In Rosenberger v. Rectors and Visitors of the University of Virginia, 515 U.S. 819 (1995), the Supreme Court declared:

   > "When the government targets not subject matter but particular views taken by speakers on a subject, the violation of the First Amendment is all the more blatant. Viewpoint discrimination is thus an egregious form of content discrimination. The government must abstain from regulating speech when the specific motivating ideology or the opinion or perspective of the speaker is the rationale for the restriction."

4

- Additionally, the USPO's directive to "stay away" from Mr. Parlato is problematic on several grounds. Mr. Parlato is facing charges and has yet to be sentenced by the Court in the Western District of New York. By assuming and hypothecating the result of a forthcoming federal sentencing, the USPO has usurped the independent judgment of Article III District Court Judge Richard J. Arcara.

- I am further informed that a likely result of Mr. Parlato's matter may very well be a misdemeanor sentence, if not an outright dismissal and vacatur. The point is that a government agency cannot usurp the Constitutional prerogative of an Article III Judge, which is exactly what the USPO has done here.

- In my opinion, these facts do not impede Mr. Luthmann's right to associate with Mr. Parlato, albeit subject to previously outlined reasonable geographical restrictions.

- The USPO's "stop-work" order to Mr. Luthmann and his collections attorneys constitutes a *de facto* taking under the Fifth Amendment.

- A property owner is entitled to compensation for the temporary loss of his property. Any Government action that works a taking of property rights necessarily implicates the constitutional obligation to pay just compensation. See Knick v. Twp. of Scott, 862 F. 3d 310 (1995). Here, the USPO has apparently frustrated Mr. Luthmann's valuable property rights - his ability to collect on valid debts - and tortiously interfered with the attorney-client agreement with his former collections counsel.

- The U.S. Constitution itself affords persons deprived of constitutionally guaranteed rights a claim for damages. It is abundantly clear that Mr. Luthmann has strong legal claims based on these facts.

Additionally, Attorney Jones intends to further explore the improper actions of Kevin Barry Love and Christopher Ambrose to see what part, if any, their statements to Government may have played in the USPO's directives.

5

I am filing papers in court in the Middle District of Florida this week, and I intend to subpoena everyone and get to the bottom of this. I intend to seek Court-Ordered subpoenas from:

- CHRISTOPHER AMBROSE, of Madison, Connecticut;

- KEVIN BARRY LOVE, of Staten Island, New York;

- KAMILLAH HANKS, of Staten Island, New York;

- RONALD CASTORINA, of Staten Island, New York;

- ERIC NELSON, of Staten Island, New York;

I am entitled to a hearing.

How can the Government so brazenly violate my Constitutional rights?

I request that you investigate the U.S. Probation Office for the Middle District of Florida. The weaponization of the United States Courts to protect the interest of favored Government elites cannot be tolerated.

If you have any questions or concerns, please do not hesitate to contact me.

Regards,

Richard A. Luthmann

CC:   File

Stephanie A. Jones, Esq.

United States Attorney
Middle District of Florida
2110 First Street, Suite 3-137
Fort Myers, FL 33901

Hon. Jim Jordan, Chairman of the House Judiciary Committee
Hon. Byron Donalds
Hon. Marjorie Taylor Greene
Hon. Nicole Malliotakis.

ENCL

# EXHIBIT A



# EXHIBIT B

PROB 49
(06/15)

# United States District Court

## Middle District of Florida

### Waiver of Hearing to Modify Conditions
### Of Probation/Supervised Release or Extended Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You must cease and desist making slanderous and libelous statements about other people, specifically Chris Ambrose, Kamillah Hanks, Kevin Love and Ronald Castorina.

You shall have no direct or indirect contact with Chris Ambrose, Kamillah Hanks, Kevin Love and Ronald Castorina without the written approval of the probation officer.

Witness: _____

Senior U.S. Probation Officer
Katrina Harmaty

Signed: _____

Supervised Releasee
Richard Luthmann

_____
Date

# EXHIBIT C

 Gmail

**Richard L <richard.luthmann@gmail.com>**

---

## Confirmation - Action Required

**Richard L <richard.luthmann@gmail.com>**                                          Tue, May 9, 2023 at 7:44 AM
To: "Katrina_Harmaty@flmp.uscourts.gov" <Katrina_Harmaty@flmp.uscourts.gov>
Cc: Claire Chesnoff <clairechesnoff@gmail.com>, sthea1914@gmail.com
Bcc: Richard Luthmann <richard.luthmann@protonmail.com>, mjcnyc159@aol.com

Officer Harmaty,

My mother and Attorney Stephanie Jones are coped hereto.

I wanted to confirm that I have been directed by US Probation not to collect any past fees owed to me from 2017 when I was practicing law.

The fees exceed $500,000.

I owe @$600,000 in restitution, @$130,000 in forfeiture, @$200,000 in back US taxes, @$100,000 in back NYS taxes, and other miscellaneous debts.

Time is of the essence because these claims must be commenced immediately because of the six (6) year statute of limitations, or they will be lost forever. Some claims begin to run next month in June.

My contract with my former lawyers was interfered with by US Probation's directive. My collections lawyers dropped me after your emails to them directing them to stop work and discontinued prosecuting my valuable claims.

You cited standard conditions of probation #13: "You must follow the instructions of the probation officer related to the conditions of supervision." (A copy of the Judgment is attached herewith for your convenience).

I am confused for several reasons.

Obviously, I understand that the US Probation Office has directed me not to pursue the valuable claims/property rights. And I will abide by US Probation's directive for fear of the pains of imprisonment.

The mandatory conditions of probation #4 states: "You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution." That box is not checked in the judgment.

Additional supervised release terms states: "The defendant shall comply with the forfeiture order and restitution order."

The **Fifth Amendment** says to the federal government that no one shall be "deprived of life, liberty or property without due process of law."

My questions are:

1. If I am precluded by US Probation from pressing valuable legal claims that would help pay back restitution, shouldn't the Federal Government credit me with their value under the fifth amendment's takings clause?

2. In the interim, can US Probation seek an official declaration as to my claims? Every day I am precluded from moving forward with my claims is a *de facto* taking.

3. Does US Probation's directive not to pursue valid property rights in order to satisfy restitution and forfeiture obligations operate as a *de facto* waiver of these provisions in the Judgment by the US Government? Does this mean the US Government has waived my requirement to **comply with the forfeiture order and restitution order?**

4. Has US Probation consulted with the US Attorney's Office or other counsel on these issues?

5. Can the US Probation office seek Federal Preemption from the US District Court (or join in my application for a declaratory judgment) to toll the NY State statute of limitations on my claims based on the operation of federal law while these issues are being resolved?

6. US Probation granted permission for me to travel to New York for my pending 440 motion in my NY state case. Does the fact that I am indigent and US Probation expects me to spend thousands of dollars to travel to New York constitute a *de facto* waiver of my restitution obligations in order to pay for travel, lodging, and miscellaneous expenses related to that directive?

7. Pursuant to Judge Polster-Chappell's recent Decision and Order, the Court was concerned I had not paid restitution and denied travel. Additionally, at our last meeting, you raised concerns about my health and my ability to travel to Chicago. Were these concerns considered when US Probation cleared me to travel to New York for the 440 motion appearance? I am concerned I might fall into a gutter in Brooklyn and die because of my serious health conditions and the fact I have no valid health insurance outside the State of Florida.

I would request a written response to these questions, just like the previous response to the Court's request to travel (see below), so that I am clear as to what is going on.

Thank you.

Richard Luthmann

––––––– Forwarded message –––––––
From: **Katrina Harmaty** <Katrina_Harmaty@flmp.uscourts.gov>
Date: Mon, May 8, 2023 at 3:33 PM
Subject: FW: Richard Luthmann - request to travel
To: richard.luthmann@gmail.com <richard.luthmann@gmail.com>


Good afternoon Richard,


Based on the Court's request, you will be permitted to travel to NY for your upcoming court date on June 2, 2023. I will inform Ms. Wasserman of your permission to travel as well.


You may need to have your attorney file a petition with local court for excusal, reschedule or video option.


Please let me know as soon as you have your travel arrangements, thank you.

---

**From:** Richard L <richard.luthmann@gmail.com>
**Sent:** Wednesday, May 3, 2023 6:57 AM
**To:** Katrina Harmaty <Katrina_Harmaty@flmp.uscourts.gov>
**Cc:** jfink@finkkatzlaw.com
**Subject:** Fwd: Richard Luthmann - request to travel


**CAUTION - EXTERNAL:**


Officer Harmaty,


I will try to call you to follow up on this.

The Court in New York is requesting permission for me to appear on June 2. I do not think it is in my best interests to travel to New York right now. I have limited resources for travel and nowhere specific to stay. Also, I have doctors' appointments scheduled on and around that date which will be disrupted.

Additionally, I really only believe that I need to be in the courtroom if we have a hearing. The rest of the business can be handled by videoconferencing.

I have copied Jonathan Fink, Esq., who is my court-assigned co-counsel.

Regards,

Richard Luthmann

————— Forwarded message —————
From: **Sarah Wasserman** <SWASSERMAN@nycourts.gov>
Date: Tue, May 2, 2023 at 11:45 AM
Subject: Richard Luthmann - request to travel
To: Katrina_Harmaty@flmp.uscourts.gov <Katrina_Harmaty@flmp.uscourts.gov>
Cc: Leonard Cohen <lcohen@nycourts.gov>, richard.luthmann@gmail.com <richard.luthmann@gmail.com>, eric nelson <ericnelson@ericnelsonesq.com>, Jonathan Fink <jfink@finkkatz.com>, jfink@finkkatzlaw.com <jfink@finkkatzlaw.com>

Ms. Harmaty,

Please find attached a formal letter request for permission for Mr. Richard Luthmann to travel outside the district to Kings County Supreme Court for the next court date of June 1, 2023.

Sincerely,

*Sarah M. Wasserman (Kurtz) Esq.*

*Principal Court Attorney to Judge Donald Leo*

*Supreme Court, Kings County Criminal Term*

*320 Jay Street, 23rd Floor*

*Brooklyn, NY 11201*

*(T) 347.296.1121*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

 **Federal Court Judgment_Redacted.pdf**
371K

 Gmail

**Richard L <richard.luthmann@gmail.com>**

## Confirmation - Action Required

**Richard L** <richard.luthmann@gmail.com>
To: Katrina Harmaty <Katrina_Harmaty@flmp.uscourts.gov>
Cc: sthea1914@gmail.com, Claire Chesnoff <clairechesnoff@gmail.com>

Thu, May 11, 2023 at 3:20 PM

Officer Harmaty,

My lawyer, Stephanie Jones, Esq., (copied) wants me to get a response in writing.

She says that I should be going to court to stop the clock on the statute of limitations running on the valuable claims that I have while the federal government continues its investigations that you said were going on.

The clock has to stop on these valuable claims so that I do not lose my rights to pursue them. You told me that the concern was witness tampering, witness intimidation, and harassment, but neither Kamillah Hanks, Kevin Barry Love, John Tabacco, nor several others were witnesses in my case. I have no list of "people to avoid" like the government gives to organized crime figures. But then again, organized crime figures don't try to use the courts to collect debts.

I do not know how the investigation you referenced is being handled, who by, or when it will be complete, but I want to respect the process, so I need to protect the right to recovery. Anyone who doesn't want to pay their bills can say they are "harassed," and I suspect they are manipulating the federal system in order to end-run around the statute of limitations.

I had an attorney who had already filed cases. After you told them to stop work, they dropped me. Now, Stephanie Jones, Esq., is looking at the cases. She believes that they have merit and there is a potential taking here. Her advice is that I must act to preserve my rights. The reason I have a lawyer helping me is that I cannot do this on my own.

Would it help if you spoke to her? Her phone number is 760-406-1657. I know you said you were not an email person. Is it better if she calls you, so these issues can be resolved?

I don't mind coming in to see you. But unless I am going to leave with the answers to the questions in writing to give to Attorney Jones, the exercise will be fruitless. Attorney Jones wants the information.

This is all an effort on my part to try to pay restitution. I want to get this sword of Damocles out from over my head.

Thank you,

Richard Luthmann

[Quoted text hidden]

 **Richard L <richard.luthmann@gmail.com>**

## Confirmation - Action Required

**Katrina Harmaty** <Katrina_Harmaty@flmp.uscourts.gov>                    Thu, May 11, 2023 at 11:26 AM
To: Richard L <richard.luthmann@gmail.com>

We spoke about several of these matters when I met with you at your residence on May 2, 2023.

If you would like to discuss these matters further, you can report to the probation office on May 19, 2023 for an in person visit.

Kindly let me know what time works best and I will put it on my calendar – thank you!

[Quoted text hidden]

# EXHIBIT D

 Gmail

**Richard L <luthmannrichard@gmail.com>**

---

## Re: Potential Receivables

---

**Lawrence Almagno** <la@almagno-law.com>                    Tue, Apr 4, 2023 at 4:02 PM
To: Katrina Harmaty <Katrina_Harmaty@flmp.uscourts.gov>, Richard Luthmann <luthmannrichard@gmail.com>, Jesse
Duarte <JD@almagno-law.com>

Mrs. Harmaty:

Thank you for your email.  I am happy I clarified that point.  I am confused with respect to your notion of "appropriate",
and what details need to be reviewed by your office in order for you to make this "appropriateness" determination. (But
maybe its just my lawyerly instincts prompting these questions, so I do apologize for that.)

That being said, Mr. Luthman has indicated that he's already disclosed two matters in the recent financial disclosure. In
addition, he indicates that he is working on compiling the list of other potential collection claims, and he will convey same
to you with due haste. I greatly appreciate the open dialog on this, as I am certainly concerned that we help Mr. Luthman
solve his problems and not create new ones.

Thank you.

Very truly yours,

---

**Lawrence P. Almagno Jr.*** | Attorney at Law
Almagno Law, Inc.
10 Rangeley Road, Cranston, RI 02920
T (401) 946-4Law | F (401) 464-4Law
LA@Almagno-Law.com

New York Office
T |(212) 859-5074
43 W 43rd St. Ste 169
New York, NY 10036



*Licensed Attorney in Massachusetts, New York & Rhode Island, 1st Circuit Court of Appeals, Federal District Courts of
MA, RI, & Eastern District of NY.
This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended
recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify the sender
by e-mail or by telephone and delete this message and any attachments. Thank you.

On Tue, Apr 4, 2023 at 2:41 PM Katrina Harmaty <Katrina_Harmaty@flmp.uscourts.gov> wrote:

> Good afternoon,
>
>
> I received your voicemail. I advised Mr. Luthmann that I wanted a list of all cases that you intended to pursue for
> outstanding attorney fees PRIOR TO SEEKING PAYMENT. Please provide the list at your earliest convenience, so that
> I may review them and see if they are appropriate for collection. If they are, the payment fee that Mr. Luthmann shared
> yesterday seems to be appropriate.

Thank you!



**Katrina Harmaty**

Senior United States Probation Officer

**United States Probation | Fort Myers Division**

**Address** 2110 First Street, Ste. 4-182, Fort Myers, FL 33901

**Phone** (239) 461-2071

**Cell** (239) 270-0590

# EXHIBIT E

# 18 U.S.C. § 875. Interstate communications

**(d)** Whoever, with intent to extort from any person, firm, association, or corporation, any money or other thing of value, transmits in interstate or foreign commerce any communication containing any threat to injure the property or reputation of the addressee or of another or the reputation of a deceased person or any threat to accuse the addressee or any other person of a crime, shall be fined under this title or imprisoned not more than two years, or both.

18 U.S.C.S. § 875 (LexisNexis, Lexis Advance through Public Law 117-327, approved December 27, 2022)

On April 4, 2023, KEVIN BARRY LOVE ("Love") called ALMAGNO LAW, INC., the law office of Lawrence P. Almagno, Jr., Esq. ("Almagno"). Also present was Jesse Duarte, Esq. The law office is located in Cranston, Rhode Island. The law firm's telephone number is (401) 946-4529. Almagno returned the call to Love, who proceeded to threaten Almagno.

A recording is attached.

During the conversation, Love made specific threats using the telephone and knowingly did so across state lines.

Love admits he is in the State of New York while making the call.

The sole purpose of the call was a communication threatening to injure the property and reputation of Almagno and accuse Almagno of a crime.

Love states the FBI and DOJ have already been contacted and insinuates that he can cause these governmental agencies to act on his behalf.

Love threatens Almagno's law license and livelihood because he practiced his profession, by filing a collections action.

There was no attempt to settle or resolve the case. Love's entire purpose was to extort, threaten, and intimidate.

Love has a history of threats and intimidation.

Love's paramour (who he falsely claims is his wife), Kamillah Hanks, is an NYC Councilwoman. Love is her *de facto* agent and "enforcer."

Love has already engaged conduct that smacks of extortion on numerous occasions. One witness is Michael J. Cox, 718-880-0426. Cox worked on Hank's 2017 campaign and was owed $14,000. Cox suffered a heart attack. Days later, Love "took Cox for a ride" in Brooklyn and tried to force him to take $1,250 to "settle" the debt. Cox couldn't leave the car because of his health conditions. Because of Love's extortionate threats, Cox is fearful and has never been paid for his work.

Love's statements to Almagno, witnessed by Duarte, are clearly threatening and an attempt at extortion across state lines.

Focus in determining whether threat has been made is on whether defendant reasonably should have foreseen that statement he uttered would be taken as threat by those to whom it was made. United States v. Fulmer, 108 F.3d 1486, 46 Fed. R. Evid. Serv. (CBC) 411, 1997 U.S. App. LEXIS 5869 (1st Cir. 1997).

Defendant made at least two threats to operator of hotline dedicated to finding missing children, where during eight telephone calls over two-day period he told operator continuing saga of how he had abducted and sexually forced himself on his fourteen-year-old stepdaughter, though he was only playing elaborate prank. United States v. Freeman, 176 F.3d 575, 1999 U.S. App. LEXIS 9316 (1st Cir. 1999).

First Circuit saw no reason to depart from its prior law that objective test of defendant's intent was used from defendant's vantage point under this statute. United States v. Clemens, 738 F.3d 1, 2013 U.S. App. LEXIS 24488 (1st Cir. 2013).

Objective of party employing fear of economic loss or damage to reputation will have bearing on lawfulness of its use, and it is material whether defendant had claim of right to money demanded; where threat of harm to person's reputation seeks money or property to which threatener does not have, and cannot reasonably believe she has, claim of right, or where threat has no nexus to plausible claim of right, threat is inherently wrongful and its transmission in interstate commerce is prohibited by 18 USCS § 875(d). United States v. Jackson, 180 F.3d 55, 52 Fed. R. Evid. Serv. (CBC) 639, 1999 U.S. App. LEXIS 11906 (2d Cir.).

It is not whether means of communication chosen by defendant caused threat to reach "indefinite and unknown audience," but whether defendant intended to communicate threat to victim through chosen means. United States v. Kelner, 534 F.2d 1020, 1976 U.S. App. LEXIS 11878 (2d Cir.).

Although jury was erroneously instructed that communicating threat only required that reasonable person would regard communication as threat, error was harmless since evidence clearly showed that defendant had subjective intent to issue threat or knowledge that communication would be viewed as threat. United States v. Choudhry, 649 Fed. Appx. 60, 2016 U.S. App. LEXIS 9215 (2d Cir. 2016).

Providence Rhode Island FBI Office
10 Dorrance Street, 900
Providence, Rhode Island, 02903

New York City FBI Office
26 Federal Plaza, 23rd Floor
New York, NY 10278-0004

# EXHIBIT F

 Gmail

**Richard L <luthmannrichard@gmail.com>**

___

## Phone Numbers and Collections Cases

**Katrina Harmaty** <Katrina_Harmaty@flmp.uscourts.gov>                    Thu, Jun 15, 2023 at 2:28 PM
To: Richard L <luthmannrichard@gmail.com>

Thank you for the information provided below.


Regarding the upcoming hearing, please refrain from contacting the government directly. I still need to notify the Court and seek its approval.

___

**From:** Richard L <luthmannrichard@gmail.com>
**Sent:** Thursday, June 15, 2023 1:20 PM
**To:** Katrina Harmaty <Katrina_Harmaty@flmp.uscourts.gov>
**Cc:** clairechesnoff@gmail.com; Stephanie A. Jones Esq, LL.M, MPH <sthea1914@gmail.com>; Simon.Eth@usdoj.gov
**Subject:** Phone Numbers and Collections Cases


**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

 **Richard L <luthmannrichard@gmail.com>**

## Phone Numbers and Collections Cases

**Richard L** <luthmannrichard@gmail.com>                    Thu, Jun 15, 2023 at 1:20 PM
To: Katrina Harmaty <Katrina_Harmaty@flmp.uscourts.gov>
Cc: "clairechesnoff@gmail.com" <clairechesnoff@gmail.com>, "Stephanie A. Jones Esq, LL.M, MPH"
<sthea1914@gmail.com>, "Simon.Eth@usdoj.gov" <Simon.Eth@usdoj.gov>
Bcc: mjcnyc159@aol.com, richard.luthmann@protonmail.com

Officer Harmaty,

As a follow up to our earlier meeting, here are the discussed phone numbers:

John Tabacco 19173456252

Michael Cox 17188800426

As the collections are time is of the essence and we agree that a hearing before Judge Poster Chappell is the way to resolve this issue, I would suggest that we request a preliminary conference. There are legal and logistical issues the court will need to address.

Is Mr. Eth representing the government here?

Regards,

Richard Luthmann