| | |
|---|---|
| **From:** | Kenneth Reid |
| **To:** | Eth, Simon (USAFLM) |
| **Cc:** | Katrina Harmaty; Theresa Maisano; Joe Collins; DeCarlos Sheppard |
| **Subject:** | Probation Office"s position for Mr. Luthmann"s motion |
| **Date:** | Friday, August 18, 2023 1:22:46 PM |

Hi Simon

I apologize for the delay.  Please include the below as the Probation Office's position in response to Mr. Luthmann's motion.  Thank you for your assistance.

Mr. Luthmann alleges the United States Probation Office violated his rights by 1) impeding his ability to collect money owed, 2) unreasonably restricting his travel, and 3) violating his rights by restricting his freedom of speech by working as a journalist.  The United States Probation Office believes allegation #1 was resolved.  We made sure that Mr. Luthmann is proceeding with his collection efforts through his attorney or filing pro se motions through the courts to pursue collection efforts (his instant offense involves him using mob members to extort victims for money owed to him for services rendered), #2 was previously ruled upon by the court so it is moot, and #3 is likely resolved because we were not inhibiting his ability to free speech or to work as a journalist….the person he wanted to work with pled guilty to a federal offense in New York and was on pretrial supervision in the Southern District of Florida so we would not approve his work because standard condition #8 of the J&C which states, "You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer."   Mr. Luthmann found another outlet to work for and has been approved to work as a journalist through that outlet.

Also included in Mr. Luthmann's motion to the Court is a request for early termination.   Mr. Luthmann began his three year term of Supervised Release on March 5, 2021 and is scheduled to expire March 4, 2024.  He has not violated any conditions of his supervised release.  Mr. Luthmann was ordered to pay $562,424.58 towards restitution and to date $3,075.81 was paid.  There is no court ordered payment plan in place.  It is noted that Mr. Luthmann made one payment of $500 in June 2021, shortly after his release from the Bureau of Prisons in March 2021.  No payments were made until May 2023 when he began making monthly payments of $25.  The Probation Office reviewed Mr. Luthmann's finances and believe he can maintain monthly payments of $25.  Mr. Luthmann has agreed to this payment plan and a motion to establish a payment plan is forthcoming with that payment schedule.  This office will continue to monitor Mr. Luthmann's ability to modify that payment schedule based on new employment opportunities and collections of receivables owed.  Mr. Luthmann is actively engaged in mental health treatment with one of our contracted providers.  According to the providers, there is much "intellectual sparing" going on in their sessions but he does see minimal progress. Mr. Luthmann's treatment provider advised that Mr. Luthmann can benefit from continued sessions, which currently stands at one individual session per month.  The Probation Office believes that Mr. Luthmann can benefit from continued treatment services that this office is providing and this office believes on-going monitoring and adjustments of Mr. Luthmann's ability to pay restitution is necessary.  For these reasons, the Probation Office recommends denying his request for early termination.